AO 442 (Rev. 12/85) Warrant for Arrest  AUSA  EDWARD RYAN    SPECIAL AGENT TODD PHILLIPS (305) 590-4451

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

ROBBIE MILLER

**WARRANT FOR ARREST**

CASE NUMBER: 00-6004-CR-ROETTGER

MAGISTRATE JUDGE

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ROBBIE MILLER__
Name

FILED by __ D.C.
JAN 13 2000
CLARENCE MADDOX
CLERK U.S.
S.D. OF FLA. FT. LAUD.

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)  Possession with Intent to Distribute Crack Cocaine,

in violation of Title __21;18__ United States Code, Section(s) __841(a)(1) ; 2.__

CLARENCE MADDOX                                    COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer                             Title of Issuing Officer

_[signature]_                                       January 13, 2000  Fort Lauderdale, Florida
Signature of Issuing Officer                        Date and Location

                                                    _[signature]_ by Lurana S. Snow, Chief United States Magistrate Judge
Bail fixed at $ Pretrial Detention  _requested_     Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at ||| |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

## BOND RECOMMENDATION SHEET

<u>   ROBBIE MILLER   </u>
Defendant

$ Pretrial Detention is recommended.

<u>                                                                                     </u>
EDWARD RYAN
ASSISTANT UNITED STATES ATTORNEY
500 EAST BROWARD BOULEVARD, 7TH FL
FORT LAUDERDALE, FLORIDA 33394
COURT BAR NO. A500053
TELEPHONE: (954) 356-7255 EXT. 3514
FACSIMILE: (954) 356-7228

Address of Defendant:

Agent: Todd Phillips, DEA