UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION



CASE NO. 00-6004-CR-ROETTGER/SNOW

IN RE: MOTION TO UNSEAL  :
INDICTMENT              :
                        :
_____

### ORDER TO UNSEAL

This cause comes before the Court on the government's Motion to Unseal. Considering the grounds raised in the Motion, and the Court being otherwise advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is granted. The Clerk of the Court will unseal the Indictment.

DONE AND ORDERED in chambers at Fort Lauderdale, Florida this ___ day of February, 2000.

_____
BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc: AUSA EDWARD R. RYAN