UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                    Case No.:00-6004 CR

ROBBIE MILLER,
    Defendant.
_____/

## MOTION TO DISMISS

COMES NOW, the Defendant, Robbie Miller, pro se, and respectfully requests this Honorable Court to dismiss the Indictment in the above stated case, pursuant to Federal Rules of Criminal Procedure, Rule 48(b), and 18 U.S.C.A. 3161 (d)(1), and in support thereof, does state:

1. The Defendant is currently incarcerated in the Florida Department of Corrections, in Jasper, Florida, serving a sentence of 18 months for an arrest for Possession of Cocaine with the Intent to Deliver/Sell, contrary to Florida Statute 893.13. These charges are the same, or stem from, the Federal Indictment mentioned above.

2. The Defendants whereabouts have been known to Federal authorities ever since his initial arrest, and since their filing of the Indictment on January 13, 2000.

3. Over 120 days have elapsed since the filing of the Indictment, and the Defendant has neither been formally charged, arrested, nor has he been brought in front of a Magistrate as dictated by law, pursuant to Federal Criminal Code and Rules, Rules 5, 7 and 10.

4. The Defendant maintains that he was informed at the time of his State proceedings, that if he plead out to the State charges, the Federal charges would be dropped, and he did so with that in mind to expedite those criminal proceedings.

5. The Defendant states that he would like to clear up these charges, because the detainer on him, (from the the Federal Indictment) stops him from custody changes, transfers, educational and vocational schooling, and for consideration for a work release program while he is in the Florida Department of Corrections. Inclusion in these programs are a detrimental part of his rehabilitation, and are very much needed for the Defendant's sucessful return to society.

6. The Defendant alleges also that the Federal charges might impose double jeopardy punishments toward him, as he has already been tried, and convicted in the State Court for the same identical charges, that happened at the same, exact time, and would like this Honorable Court to consider that when making its decision about dismissing this Indictment.

7. The Defendant asserts that he is a layman, not taught, or learned in the way of law and apologises for all mistakes inadvertently made, and wishes that this Honorable Court consider this a pro se motion in the truest sense, and grant such relief as it deems necessary, and in the best interest of justice

## CONCLUSION

**WHEREFORE,** the Defendant respectfully requests this Honorable Court to Dismiss the filed Indictment in this cause, and to remove the Federal detainer against him by contacting the Florida Department of Corrections, and directing them to remove the detainer so that the Defendant might be afforded all of the rehabilitative programs available to him.

Respectfully submitted,

Robbie R. Miller
Robbie Miller, pro se

## NOTARY

STATE OF FLORIDA
COUNTY OF HAMILTON

BEFORE ME the undersigned authority, did Robbie Miller appear and, after being duly sworn, did depose and say that he is the defendant as named herein, has read the foregoing and having personal knowledge of the facts and matters contained herein does state that the foregoing facts and matters are true and correct.

Robbie R. Miller
Robbie Miller,
Defendant, Pro Se

SWORN TO AND SUBSCRIBED before me this _16_ day of May, 2000.

James T. Doswell, III
MY COMMISSION # CC730331 EXPIRES
May 9, 2002
BONDED THRU TROY FAIN INSURANCE IN

_____
Notary

Personally known to me ___ or produced identification ✓.
Type of identification produced, Department of Corrections pictured ID tag # _776817_.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the Office of the United States Attorney, whose address is 99 N.E. 4th Street, Miami, FL 33132 by regular U.S. Mail on this /6 day of May, 2000.

Robbie Miller,
Defendant, Pro Se
DC# 776897/F2112U
Hamilton C.I. Annex
11419 SW Co. Rd. #249
Jasper, FL 32052