United States District Court
Southern District of Florida
Ft. Lauderdale Division

United States of America
    Plaintiff

v.

Robbie Miller
    Defendant

case no: 00-6004cr
ROETTGER

## Motion for Dismissal for Want of Prosecution

Comes Now, the defendant, Robbie Miller, pro se and in proper person respectfully moves this Honorable Court to dismiss the indictment in this case at bar, pursuant to Federal Rule 41.1 of the Federal Rules of Court and in support thereof states the following:

1. The Defendant is currently incarcerated with the F.D.C.C. at Hamilton CI Annex, located in Jasper Florida, serving a term of imprisonment, to wit; 18 months.

2. The Defendant has been named the Defendant on a Federal indictment filed with the Clerk of the Southern District of Florida,

Clarence Maddox, that date being January 13, 2000.

3. The defendant attests to the facts that the said indictment is directly related to the offenses that the state has already prosecuted and imposed sentence which now under the Constitutional provision of Double Jeopardy would provide clear violation, being that the offense(s) are the same as the state indictment.

4. The failure to act upon said indictment by the United States Government has prejudiced the defendant and delayed the proceeding violationing Constitutional Rights to Speedy Trial.

Whereas the defendant respectfully prays that this Honorable Court and Magistrate Judge issue an Order for Dismissal for Want of Prosecution and direct the Department of Corrections to remove the detainer placed upon the defendant.

Respectfully submitted
x Robbie R. Miller
Robbie Miller

Oath

Under penalties of perjury, I hereby declare that the facts and matters herein as they are known to me are true and correct as stated.

x Robbie R. Miller
Robbie Miller
Defendant

## Certificate of Service

I hereby Certify that a true and correct copy has been furnished to the Office of the United States Attorney whose address is 99 N.E. 4th Street, Miami Florida 33132, by U.S. mail this 7th day of July 2000

x Robbie R. Miller
Robbie Miller 776811
Hamilton C.I. Annex
11419 S.W. County St
Jasper, Florida
32052