AO 442 (Rev. 12/85) Warrant for Arrest  AUSA EDWARD RYAN    SPECIAL AGENT TODD PHILLIPS (305) 590-4451

## United States District Court
SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

ROBBIE MILLER

**WARRANT FOR ARREST**

CASE NUMBER: **00-6004**

CR-ROETTGER

MAGISTRATE JUDGE
SNOW

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ROBBIE MILLER _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)  Possession with Intent to Distribute Crack Cocaine,

in violation of Title 21;18 United States Code, Section(s) 841(a)(1) ; 2.

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer

January 13, 2000 Fort Lauderdale, Florida
Date and Location

Bail fixed at $ Pretrial Detention  requested  by Lurana S. Snow, Chief United States Magistrate Judge
Name of Judicial Officer

---

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ USM JACKSONVILLE did a detainer p/u from Hamilton CI |||
| DATE RECEIVED 1/13/2000 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 12/8/2000 | James A. Tassone, USM Southern District Florida | Ed Purchase, SDUSM |