UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OFFICE OF THE CLERK
311 WEST MONROE STREET
P. O. BOX 53558
JACKSONVILLE, FLORIDA 32201

Sheryl L. Loesch
Clerk

Virginia M. Flick
Jacksonville Division Manager
(904)549-1900

December 13, 2000

United States District Court
Office of the Clerk
299 E. Broward Blvd., Suite 108
Ft. Lauderdale, FL 33301

    Re:   Transfer of Criminal Case - Magistrate No. 3:00-m-0443-TJC
           United States v. Robbie Miller; 00-6004-Cr-Roettger

Dear Sir:

    Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are certified copies of the following: docket sheet, orders, waiver of removal along with copies of all other pertinent papers.

    Please acknowledge receipt of these documents on the bottom of the copy of this letter and return the copy to this office. Thank you.

                    SHERYL L. LOESCH, CLERK

              BY: _Carol G Holliman_
                         DEPUTY CLERK

Enclosures

### ACKNOWLEDGMENT OF RECEIPT OF DOCUMENTS

This is to acknowledge receipt of the above documents in the above referenced case on this _____ day of _____.

              By: _____

# UNITED STATES DISTRICT COURT

**MIDDLE** District of **FLORIDA**

JACKSONVILLE DIVISION

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

**ROBBIE MILLER**

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 00-6004-Cr-Roettger | 3:00-m-0443-TJC | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☒ Indictment ☐ Information ☐ Complaint ☐ Other (specify)

charging a violation of       U.S.C. §

**DISTRICT OF OFFENSE**
Southern District of Florida, Ft. Lauderdale Division

**DESCRIPTION OF CHARGES:**
Possession with intent to distribute crack cocaine.

**CURRENT BOND STATUS:**

☐ Bail Fixed at       and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☒ Other (specify) Defendant waived identity and reserved his right to detention hearing in Ft. Lauderdale

**Representation:** ☐ Retained Own Counsel ☒ Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** ☒ No ☐ Yes       Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

December 8, 2000       TIMOTHY J. CORRIGAN
Date       United States Judge or Magistrate Judge

CERTIFIED A TRUE COPY
SHERYL L. LOESCH, CLERK
U.S. DISTRICT COURT
By Carol J. Holloman
Deputy Clerk

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

F I L E D
12-8-00
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.   CASE NO. 3:00-M-0443-TJC
S.D. of FL Case No.: 00-6004-Cr-Roettger

ROBBIE MILLER

## ORDER

The Court has examined the defendant, **Robbie Miller,** under oath and found him without sufficient resources within the meaning of Title 18, United States Code, Section 3006A to employ counsel, and the **Federal Public Defender** is hereby appointed to represent the defendant. The defendant may be required to reimburse the United States for the costs and expenses of appointed counsel and at the conclusion of these proceedings the United States may file a Motion for Reimbursement of Costs and Attorney's Fees, if it is deemed appropriate.

**DONE AND ORDERED** at Jacksonville, Florida, this 8th day of December, 2000.

TIMOTHY J. CORRIGAN
United States Magistrate Judge

Copies to:
Asst. U.S. Attorney (Gerstein)
Federal Public Defender

CERTIFIED A TRUE COPY
SHERYL L. LOESCH, CLERK
U. S. DISTRICT COURT
By: _____
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
JACKSONVILLE DIVISION

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

vs.

Robbie Miller (D)

Case No.: 3:00-M-0443-TJC
S.D. of FL No: 00-6004-Cr-Roettger

HONORABLE TIMOTHY J. CORRIGAN (A)
United States Magistrate Judge
Court Reporter: _____

Carol J. Holliman, Courtroom Deputy
Interpreter: _____

ATTORNEY(S) FOR GOVERNMENT:
(B) Robin Gerstein

ATTORNEY(S) FOR DEFENDANT:
(C) Lisa Call

### CLERK'S MINUTES - INITIAL APPEARANCE ON Warrant S.D. of FL. /REMOVAL

Tape/Speaker
00-203 TJC
1744 A-D
2326 END

✓ Court requested counsel to be present for possible appointment..
__ Interpreter sworn.

Deft.(s) arrested on 12-8-00 by USM _____ on warrant from S.D. of Florida

✓ Deft.(s) requested court appointed counsel. Deft(s). placed under oath/~~based on financial affidavit~~ court appoints FPD _____ with reimbursement upon motion of the govt.

__ Deft.(s) advised of rights, charges, penalties and special assessment.

✓ Govt.(s) oral motion for detention/~~bond/and continuance of detention hearing~~ **GRANTED**/~~DENIED~~.

__ Govt. recommended bond - **BOND set at** _____

✓ Deft(s). requested to waive identity hearing/~~detention/preliminary examination~~ to be held in the charging district. *reserve right to detention hearing*

✓ Deft(s). and counsel executed waiver of Rule 40 Hearings

✓ Deft(s) ordered removed to the charging district S.D. of Florida

✓ ORDER OR REMOVAL TO ENTER

OTHER: _____

FILED IN OPEN COURT:
✓ Waiver of Rule 40 Hearings

DATE: 12-8-00     TIMES: 2:10 - 2:25
cc: Jim Leanhart   Garry Randolph   Denise Seymour

CERTIFIED A TRUE COPY
SHERYL L LOESCH, CLERK
U. S. DISTRICT COURT
By: Carol J. Holliman
Deputy Clerk

AO 466 (1/86) Waiver of Rule 40 Hearing

cr-06004-MGC Document 10 Entered on FLSD Docket 12/21/2000

FILED IN OPEN COURT
12-8-00
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

ROBBIE MILLER

WAIVER OF RULE 40 HEARINGS
(Excluding Probation Cases)

Case No.: 3:00-m-0443-TJC
S.D. of FL: 00-6004-Cr-Roettger

I, Robbie Miller, understand that in the Southern District of Florida, charges are pending alleging violation of 21 U.S.C. §841(a)(1) and 18 U.S.C. §2 and that I have been arrested in this District and taken before a United States Magistrate Judge, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ) **identity hearing**

(✓) **identity hearing and reserve my right to have the detention hearing held in the prosecuting district**

( ) **preliminary examination**

( ) **identity hearing and have been informed I have no right to a preliminary examination**

( ) **identity hearing but request a preliminary examination be held in the prosecuting district**

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____
Defendant

12/8/00
_____
Date

CERTIFIED A TRUE COPY
SHERYL L. LOESCH, CLERK
U.S. DISTRICT COURT
By: _____
Deputy Clerk

_____ Counsel