# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: ROBBIE MILLER (J) # 29247-018

CASE NO: 00-6004-CR-ROETTGER

AUSA: EDWARD RYAN / Chase

ATTY: Berube

AGENT:

VIOL: 21:841(a)(1)

PROCEEDING: I/A ON INDICTMENT

RECOMMENDED BOND: PTD

BOND HEARING HELD - yes / no

COUNSEL APPOINTED: FPD

BOND SET @:

To be cosigned by:

FILED by D.C.
JAN - 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ❑ Do not violate any law.
- ❑ Appear in court as directed.
- ❑ Surrender and / or do not obtain passports / travel documents.
- ❑ Rpt to PTS as directed / or _________ x's a week/month by phone; _________ x's a week/month in person.
- ❑ Random urine testing by Pretrial Services. _________ Treatment as deemed necessary.
- ❑ Maintain or seek full - time employment.
- ❑ No contact with victims / witnesses.
- ❑ No firearms.
- ❑ Curfew: _________.
- ❑ Travel extended to: _________.
- ❑ Halfway House _________.

Advised of charges) Sworn for apptmt of Counsel.

Reading of Indictment Waived ... discovery order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| (PTD)/BOND HEARING: | 1-16 | 11 | SNOW | ✓ |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 1-30 | 11 | SNOW | ✓ |

DATE: 1/9/01 TIME: 11:00 FTL/LSS TAPE # 01- 002 Begin: 2358 End: 2964

Re-call 2859

11/4