UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6004-CR-ROETTGER

UNITED STATES OF AMERICA

vs

ROBBIE MILLER

FILED by D.C.
JAN - 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JANUARY 9, 2001, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:                Address: CUSTODY _____

                          _____

                          Telephone: _____

DEFENSE COUNSEL:          Name:    FEDERAL PUBLIC DEFENDER

                          Address: _____

                          _____

                          Telephone: _____

BOND SET/CONTINUED:       $    TEMP PTD _____

Bond hearing held: yes_____   no  X   PTD hearing set for_____

Dated this  9TH   day of   JANUARY        , 2001.

                                    CLARENCE MADDOX
                                    COURT ADMINISTRATOR/CLERK OF COURT

                                    By: _____
                                           Deputy Clerk

                                    Tape No. __01-002_____

cc: Copy for Judge
    U. S. Attorney