UNITED STATES DISTRICT COURT
Southern District of Florida

FILED by ____
JAN -9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

U.S. Marshal # __29247-018__

UNITED STATES OF AMERICA )
                Plaintiff )   Case Number: CR __00-6004-CR-NCR__
                               )   REPORT COMMENCING CRIMINAL
   -vs-                    )   ACTION

__ROBBIE MILLER__
                Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. District Court              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1)  Date and Time of Arrest: __1-9-01__          am/pm

(2)  Language Spoken: __ENGLISH__

(3)  Offense(s) Charged: __PWID CRACK COCAINE__

(4)  U.S. Citizen [X] Yes   [ ] No   [ ] Unknown

(5)  Date of Birth: __11-13-73__

(6)  Type of Charging Document: (check one)
     [ ] Indictment  [ ] Complaint  To be filed/Already filed
     Case# _____

     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District: __SD/FL__

     COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $ _____
Who set Bond: _____

(7)  Remarks: _____

(8)  Date: _____  (9) Arresting Officer: _____

(10) Agency: _____   (11) Phone: _____

(12) Comments: _____