UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6004-CR-ROETTGER

FILED BY_____
2001 JAN 10 PH 4:27
CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBBIE MILLER,

    Defendant.

_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Daryl E. Wilcox
Assistant
Federal Public Defender
Florida Bar No. 838845
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 10th day of January, 2001 to the United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida.

_____
Daryl E. Wilcox