# COURT MINUTES

FILED by _____ D.C.
JAN 1 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | |
|---|---|---|
| DEFT: ROBBIE MILLER (J) #29247-018 | CASE NO: | 00-6004-CR-ROETTGER |
| AUSA: EDWARD RYAN /Bardfeld/ | ATTY: FPD | Daryl Wilcox |
| AGENT: | VIOL: | |
| PROCEEDING: PTD HEARING | RECOMMENDED BOND: PTD | |
| BOND HEARING HELD: (yes)/no | COUNSEL APPOINTED: | |
| BOND SET @: 100,000 PSB / 25,000 10% | To be cosigned by: sister | |

☐ Do not violate any law.

☐ Appear in court as directed.

☐ Surrender and / or do not obtain passports / travel documents.

☑ Rpt to PTS as directed / or _____ x's a week/month by phone, _____ x's a week/month in person.

☑ Random urine testing by Pretrial Services. X Treatment as deemed necessary.

☑ Maintain or seek full - time employment.
Reside @ current address
☐ w/ fiance
   No contact with victims / witnesses.

☐ No firearms.

☑ Curfew: 9 pm to 6 am

☐ Travel extended to: _____

☐ Halfway House _____

Gov't w/drew request for PTD
& recommends 25,000
~~PSB~~ 10% & 100,000 PSB

May be changed to straight PSB if someone w/ property will co-sign

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |
| DATE: 1/16/01  TIME: 11:00  FTL/LSS TAPE # 01 - 005 | | Begin: 210 | End: 1050 | |

re-call @ 1032

20/A