FILED by AH D.C.
JAN 3 0 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

Tape No. 01-008 (828-930)

(USM do not bring defendants for status hearing)

DEFT__ROBBIE MILLER_____CASE NO:__00-6004-CR-ROETTGER____
AUSA__EDWARD RYAN - Tom Lanigan_____ATTY_FPD - Daryl Wilcox_____
Discovery received today by defendant
motions Due 2 weeks

DEFT_____CASE NO:_____
AUSA_____ATTY_____


DEFT_____CASE NO:_____
AUSA_____ATTY_____


DEFT_____CASE NO:_____
AUSA_____ATTY_____


DEFT_____CASE NO:_____
AUSA_____ATTY_____


DEFT_____CASE NO:_____
AUSA_____ATTY_____


DATE__1/29/01_____TIME__11:00_____