UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6004-CR-ROETTGER



UNITED STATES OF AMERICA,      )
                               )
vs.                            )
                               )
ROBBIE MILLER,                 )
                               )
              Defendant.       )
_____)

## GOVERNMENT'S RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

A.    1.    An audio recording(s) of statements made by the defendant can be obtained by making arrangements with undersigned counsel. Attached please find a copy of a transcript of the tape recording of defendant during and after the charged offense.

      2.    The government is unaware of any oral statements made by the defendant before or after arrest in response to interrogation by any person then known to the defendant to be a government agent that the government intends to use at trial.

      3.    No defendant testified before the Grand Jury.

      4.    The NCIC record of the defendant is attached.

      5.    The attachments to this discovery response are not necessarily copies of all



the books, papers, documents, etc., that the government may intend to
introduce at trial.

6.    A laboratory analysis report regarding the crack cocaine in connection
with this case is attached.

B.    DEMAND FOR RECIPROCAL DISCOVERY: The United States
requests the disclosure and production of material enumerated as items 1,
2 and 3 of Section B of the Standing Discovery Order. This request is also
made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.    The government will disclose any information or material which may be
favorable on the issues of guilt or punishment within the scope of Brady v.
Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97
(1976).

D.    The government will disclose any payments, promises of immunity,
leniency, preferential treatment, or other inducements made to
prospective government witnesses, within the scope of Giglio v. United
States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959).

E.    The government will disclose any prior convictions of any alleged co-
conspirator, accomplice or informant who will testify for the government
at trail.

F.    No defendant was identified in a lineup, show up, photo spread or similar
identification proceedings.

G.    The government has advised its agents and officers involved in this case to
preserve all rough notes.

H.        In addition, the government may introduce under Rule 404(b) evidence
          underlying the defendant's past criminal activity that has resulted in arrests
          and/or convictions and which is summarized in the attached court
          documents.

I.        The defendant is not an aggrieved person, as defined in Title 18, United
          States Code, Section 2510(11), of any electronic surveillance.

J.        The government has ordered transcribed the Grand Jury testimony of all
          witnesses who will testify for the government at the trial of this cause.

K.        The government will, upon defense request, deliver to any laboratory
          presently registered with the Attorney General in compliance with 21
          U.S.C. §822 and §823 and 21 C.F.R. 1301.13, a sufficient representative
          sample of any alleged contraband which is the subject of this indictment to
          allow independent chemical analysis of such sample.

          If there is no response within ten (10) days from the date of the Certificate
          of Service attached hereto, the bulk of the contraband/narcotics will be
          destroyed.  As usual, random samples will be set aside to be used as
          evidence at trial.

L.        The government does not know of any automobile, vessel, or aircraft
          allegedly used in the commission of this offense that is in the
          government's possession.

M.        The government is not aware of any latent fingerprints or palm prints
          which have been identified by a government expert as those of the
          defendant.

N.      To date, the government has not received a request for disclosure of the
        subject-matter of expert testimony that the government reasonably expects
        to offer at trial.

O.      The government will make every possible effort in good faith to stipulate
        to all facts or points of law the truth and existence of which is not
        contested and the early resolution of which will expedite trial. These
        stipulations will be discussed at the discovery conference.

P.      At the discovery conference scheduled in Section A.5, above, the
        government will seek written stipulations to agreed facts in this case, to be
        signed by the defendant and defense counsel.

        The government is aware of its continuing duty to disclose such newly discovered
additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules
of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

        In addition to the request made above by the government pursuant to both Section B of
the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in
accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby
demands Notice of Alibi defense; the approximate time, date, and place of the offense was:

        Time: 9:20 pm

        Date: August 23, 1999

        Place: 725 NW 11 Ave., Fort Lauderdale, FL.

The attachments to this response are numbered pages $1$ - $27$. Please contact the

undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____

EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY
COURT # A500053
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
Telephone: (954) 356-7255
Fax: (954) 356-7336

CERTIFICATE OF SERVICE

*hand delivered*

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by ~~United States mail~~ this $\frac{3}{2}O$ day of January, 2001 to: Darryl Wilcox, AFPD, 101 N.E. 3rd Ave.,

Suite 202, Ft. Lauderdale, FL 33301.

EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY

U.S. Department of Justice
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** | | | | Page 1 of 2 | |
|---|---|---|---|---|---|
| 1. Program Code<br>MET 100 | 2. Cross<br>File | Related Files | 3. File No.<br>GS-99-0067 | | 4. G-DEP Identifier<br>GCC3L |
| 5. By: S/A Todd K. Phillips<br>At: Miami Field Division<br>Mobile Enforcement Team 1 | ☐ GFG1-99-9353<br>☐<br>☐<br>☐ | | 6. File Title<br>HALL, Thomas | | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | | | 8. Date Prepared<br>09/13/99 | | |
| 9. Other Officers: S/A Rob Harvey, Ft. Lauderdale P.D. Detective Mark Renner | | | | | |
| 10. Report Re: Acquisition of Exhibit N-83 on August 24, 1999. | | | | | |

## DETAILS

1.  On August 24, 1999, at approximately 7:00 p.m., S/As Rob Harvey, Todd Phillips and Ft. Lauderdale P.D. Detective Mark Renner met a Ft. Lauderdale Confidential Source, hereafter referred to as the CS, at a prearranged meet location. The purpose of the meeting was have the CS make a recorded telephone call to Robbie MILLER, (aka CISCO), to discuss a possible purchase of crack cocaine.

2.  At approximately 7:05 p.m., the CS paged MILLER at (954) 220-1904, using his/her cellular telephone. Minutes later, the CS received a telephone call. The telephone conversation was recorded. The CS stated the caller was MILLER. The CS and MILLER discussed purchasing crack cocaine at a future time. The results of the recording are Exhibit N-83. At approximately 7:15 p.m., the CS departed the neutral location.

| 11. Distribution:<br>Division Ft. Lauderdale D.O.<br><br>District<br><br>Other   SARI | 12. Signature (Agent)<br><br>S/A Todd K. Phillips | 13. Date |
|---|---|---|
| | 14. Approved (Name and Title)<br>Pamela Brown<br>Group Supervisor | 15. Date |

**DEA Form    - 6**
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** | 1. File No.<br>GS-99-0067 | 2. G-DEP Identifier<br>GCC3L |
|---|---|---|
| *(Continuation)* | 3. File Title<br>HALL, Thomas | |
| 4.<br>Page 2 of 2 | | |
| 5. Program Code<br>MET 100 | 6. Date Prepared<br>09/13/99 | |

## CUSTODY OF EVIDENCE

1.  Exhibit N-83 is an original audio cassette tape which contains a
telephone conversation between a Ft. Lauderdale P.D. Confidential Source
and Robbie MILLER on August 24, 1999.  S/A Phillips maintained custody of
Exhibit N-83 until relinquishing custody to S/A Tim Reichenbach.  S/A Tim
Reichenbach processed Exhibit N-83 and at a later date relinquished
custody of Exhibit N-83 to the Ft. Lauderdale D.O. Non-Drug Evidence
Custodian.

## INDEXING

1.  MILLER, Robbie - NADDIS PENDING

DEA Form     - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

<div align="center">

## REPORT OF INVESTIGATION

Page 1 of 1
</div>

| 1. Program Code<br>MET 100 | 2. Cross File | Related Files | 3. File No.<br>GS-99-0067 | 4. G-DEP Identifier<br>GCC3L |
|---|---|---|---|---|
| 5. By: S/A Todd K. Phillips<br>At Miami Field Division<br>Mobile Enforcement Team 1 | | ☐ GFG1-99-9353<br>☐<br>☐<br>☐ | 6. File Title<br>HALL, Thomas | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | | ☐ | 8. Date Prepared<br>08/24/99 | |

9. Other Officers: S/A Tim Reichenbach, Ft. Lauderdale P.D. Detective Mark Renner

10. Report Re: Custody of Exhibit 42

### DETAILS

1. On August 23, 1999, a Ft. Lauderdale Confidential Source, hereafter referred to as the CS, purchased Exhibit 42 from Robbie MILLER for $500.00 dollars, serialized OAF, in the area of 725 NW 11th Avenue, Ft. Lauderdale, FL.

2. On that same date, the CS relinquished custody of Exhibit 42 to Ft. Lauderdale P.D. Detective Mark Renner. Detective Renner, as witnessed by S/A Todd Phillips, field tested Exhibit 42 for the presumptive presence of cocaine, which tested positive. Detecitve Renner relinquished custody of Exhibit 42 to S/A Phillips. S/A Phillips, as witnessed by S/A Tim Reichenbach, processed Exhibit 42. Later on that same date, S/As Phillips and Reichenbach transported Exhibit 42 to the DEA Ft. Lauderdale Drug Vault for safekeeping, pending transfer to the DEA SERL for analysis and safekeeping.

### INDEXING

1. MILLER, Robbie - NADDIS PENDING

| 11. Distribution:<br>Division Ft. Lauderdale D.O.<br><br>District<br><br>Other SARI | 12. Signature (Agent)<br>S/A Todd K. Phillips | 13. Date |
|---|---|---|
| | 14. Approved (Name and Title)<br>Pamela Brown<br>Group Supervisor | 15. Date |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** | | | Page 1 of 2 | |
|---|---|---|---|---|
| 1. Program Code<br>MET 100 | 2. Cross<br>File | Related Files | 3. File No.<br>GS-99-0067 | 4. G-DEP Identifier<br>GCC3L |
| 5. By: S/A Rob Harvey<br>At: Miami Field Division<br>Mobile Enforcement Team 1 | ☐ GFG1-99-9353<br>☐<br>☐ | | 6. File Title<br>HALL, Thomas | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | ☐ | | 8. Date Prepared<br>08/25/99 | |
| 9. Other Officers: S/A Todd Phillips and Ft. Lauderdale Police Detective Mark Renner | | | | |
| 10. Report Re: Debriefing of a Ft. Lauderdale CS Regarding the Purchase of Exhibit 42<br>From Robbie MILLER on August 23, 1999. | | | | |

**DRUG RELATED INFORMATION**

1.  On August 23, 1999, S/A Rob Harvey, S/A Todd Phillips and Ft.
    Lauderdale Police Detective Mark Renner debriefed a Ft. Lauderdale
    Confidential Source, hereafter referred to as the CS, regarding the
    purchase of Exhibit 42 from Robbie MILLER.

2.  The CS stated that when he/she arrived at his grandmothers residence,
    located at 725 NW 11th Avenue, Ft. Lauderdale, Florida, MILLER was
    waiting in a grey Delta 88 for him/her. The CS stated that he/she
    approached the vehicle and MILLER asked the CS if he/she had it
    (referring to the money). The CS advised MILLER that he/she had the
    money. At this time, the CS related that MILLER produced a small pill
    bottle, and told the CS to find something to put the crack cocaine in.
    The CS indicated he/she entered the residence and returned with a
    plastic bag. The CS stated that MILLER then emptied the contents of
    the pill bottle (numerous pieces of suspected crack cocaine) into the
    plastic bag. The CS further stated that he/she then provided MILLER
    with $500.00 dollars in exchange for the crack cocaine.

3.  The CS indicated that MILLER departed the area and the CS returned to
    the pre-arranged neutral location.

| 11. Distribution:<br>Division Ft. Lauderdale D.O. | 12 Signature (Agent)<br><br>S/A Rob Harvey | 13. Date |
|---|---|---|
| District<br><br>Other    SARI | 14. Approved (Name and Title)<br>Pamela Brown<br>Group Supervisor | 15. Date |

DEA Form      - 6
(Jul 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

| **REPORT OF INVESTIGATION** | 1. File No.<br>GS-99-0067 | 2. G-DEP Identifier<br>GCC3L |
|---|---|---|
| *(Continuation)* | 3. File Title<br>HALL, Thomas | |
| 4.<br>Page  2  of  2 | | |
| 5. Program Code<br>MET 100 | 6. Date Prepared<br>08/25/99 | |

## NON-DRUG RELATED INFORMATION

1. None

## FINANCIAL INFORMATION

1. None

## INDEXING

1. MILLER, Robbie-NADDIS NEGATIVE: B/M, 6'2, 185 lbs., AKA "Cisco" DOB: 11/13/73, FBI # 750793EB4, FL SID # 03680847, SSN # 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, pager # 954-220-1904, Possible Address 829 NW 10th Terrace, Ft. Lauderdale, Florida.

DEA Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code<br>MET 100 | 2. Cross<br>File | Related Files | 3. File No.<br>GS-99-0067 | 4. G-DEP Identifier<br>GCC3L |
|---|---|---|---|---|
| 5. By: S/A Brad Uhl<br>At: MFD/MET-1<br>Miami Field Division<br>Miami, Florida | ☒ | GFG1-99-9353<br>☐<br>☐<br>☐ | 6. File Title HALL, Thomas | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | | | 8. Date Prepared<br>08/26/99 | |

9. Other Officers: See Paragraph #7.

10. Report Re: Surveillance of Purchase of Crack Cocaine by a FLPD Confidential Source on 08/23/99 / Acquisition of Non-Drug Evidence Exhibit N-82.

## DETAILS

1.  Reference is made to a DEA-6 dated August 25, 1999, by S/A Robert Harvey titled "Debriefing of a Fort Lauderdale Police Department Confidential Source on 08/23/99 following the Purchase of Exhibit #42."

2.  On August 23, 1999, at approximately 9:20 p.m., Agents of the Drug Enforcement Administration Mobile Enforcement Team One (MET-1), and Detective Mark Renner of the Fort Lauderdale Police Department, established surveillance in the vicinity of NW 7th Street and NW 11th Avenue, Fort Lauderdale, Florida.

3.  At this same approximate time, Detective Mark Renner advised surveillance that a Fort Lauderdale Police Department Confidential Source, hereafter referred to as CS, was en route to the vicinity of NW 7th Street and NW 11th Avenue from a pre-arranged neutral location. The CS, as instructed by Detective Renner, had previously arranged to meet with and purchase an amount of crack cocaine from Robbie MILLER, a.k.a. "Cisco", at this location.

4.  At approximately 9:25 p.m., Detective Renner advised surveillance that MILLER was waiting for the CS when he/she arrived in the area of NW 7th Street and NW 11th Avenue. Detective Renner further advised that the transaction had been completed. The CS recorded this transaction with an audio recorder concealed on his/her person, herein referred to as Exhibit N-82.

| 11. Distribution:<br>Division Miami | 12. Signature (Agent)<br>S/A Brad Uhl | 13. Date |
|---|---|---|
| District Fort Lauderdale D.O. | 14. Approved (Name and Title)<br>Pamela Brown | 15. Date |
| Other   SARI | Group Supervisor | |

DEA Form   - 6
(Jul. 1996)
BU

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Department of Justice
Enforcement Administration

| **REPORT OF INVESTIGATION** | 1. File No.<br>GS-99-0067 | 2. G-DEP Identifier<br>GCC3L |
|---|---|---|
| *(Continuation)* | 3. File Title  HALL,  Thomas | |
| 4.<br>Page   2   of   2 | | |
| 5. Program Code<br>MET 100 | 6. Date Prepared<br>08/26/99 | |

5. At approximately 9:30 p.m., Acting MET-1 Group Supervisor Osvaldo Amaro advised MET-1 Agents to terminate surveillance and return to a pre-arranged neutral location.

6. S/A Todd Phillips conducted a thorough search of the CS prior to and immediately following the operation. There were no illegal drugs or contraband found on the CS.

7. The following Agents were present and driving together in the same vehicles during this operation: S/A Robert Harvey and Detective Mark Renner, and S/A Tim Reichenbach and S/A Todd Phillips. Acting MET-1 Group Supervisor Osvaldo Amaro and S/A Brad Uhl were driving one-man vehicles.

## CUSTODY OF EVIDENCE

1. Exhibit N-82 is an original microcassette recording of a meeting between a Fort Lauderdale Police Department Confidential Source and Robbie MILLER 08/23/99 in the vicinity of NW 7th Street and NW 11th Avenue, Fort Lauderdale, Florida. The CS recorded and maintained custody of Exhibit N-82 until relinquishing it to S/A Robert Harvey. S/A Harvey maintained custody of Exhibit N-82 until relinquishing it to S/A Tim Reichenbach. S/A Reichenbach maintained custody of Exhibit N-82 until submitting it to the Fort Lauderdale District Office Non-Drug Evidence Custodian.

## INDEXING

1. MILLER, Robbie - NADDIS PENDING

---

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
**Drug Enforcement Administration**

## REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check) | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|
| [x] Purchase  [ ] Seizure  [ ] Free Sample | | | GS-99-0067 | MET 100 | GCC3L |
| [ ] Lab. Seizure  [ ] Money Flashed  [ ] Compliance Sample (Non-Criminal) | | | | | |
| [ ] Internal Body Carry  [ ] Other (Specify) _____ | | | | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Ft. Lauderdale, Florida | 08/23/99 | HALL, Thomas |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL | | |
|---|---|---|---|
| | [ ] Case No. OR [ ] Seizure No. No. | 7. DATE PREPARED 08/24/99 | 8. GROUP NO. 14 |

| 9. Exhibit No. | 10. FDIN (10 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 42 | | crack cocaine | one plastice baggie and | | 39.2g | $500.00 |
| | | | numerous pieces of a | | | |
| | | | yellowish white substance | | | |
| | | | suspected crack cocaine. | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG ?**  [x] NO (included above)  [ ] YES (if Yes, enter exhibit no. and describe original container fully)

**REMARKS:**

On August 23, 1999, a Ft. Lauderdale Confidential Source(CS) purchased Exhibit 42 from Robbie MILLER at 725 NW 11th Ave., Ft. Lauderdale, FL. On that same date, the CS relinquished custody of Exhibit 42 to Detective Mark Renner. Det. Renner then relinquished custody of Exhibit 42 to S/A Todd Phillips. S/As Phillips and Reichenbach then processed Exhibit 42. On that same date, S/As Phillips and Reichenbach transported Exhibit 42 to the DEA Ft. Lauderdale Drug Vault for safekeeping. On the date listed below, Exhibit 42 was transported to the S.E.R.L. for analysis and safekeeping.

| 17. SUBMITTED BY SPECIAL AGENT (Signature) | 18. APPROVED BY (Signature & Title) |
|---|---|
| S/A Todd K. Phillips | G/S Pamela M. Brown |

### LABORATORY EVIDENCE RECEIPT REPORT

| 19. NO. PACKAGES 1 | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE TODD K PHILLIPS   S/A |
|---|---|---|
| 22. SEAL [ ] Broken [x] Unbroken | 23. RECEIVED BY (Signature & Date)  9-9-99 | 24. Print or Type NAME and TITLE   Evid Tech |

### LABORATORY REPORT

**25. ANALYSIS SUMMARY AND REMARKS**

108875

Exhibit 42 contains cocaine base.

    Gross Wt:  39.9 g   Net Wt:  12.6 g

mcs 09/21/99

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 42 | 108875 | cocaine base | 62 | % | | 7.8 g | 10.9 g |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| 34. ANALYST (Signature) ALLEN J. CATTERTON   9/22/99 | 35. TITLE FORENSIC CHEMIST | 36. DATE COMPLETED 09/21/99 |
|---|---|---|
| 37. APPROVED BY (Signature & Date)   9/22/99 | 38. TITLE Laboratory Director | 39. LAB. LOCATION Miami, Florida |

DEA Form - 7
Sept. 1995)    Previous edition dated 4/90 may be used until stock is exhausted.    **1 - Prosecution**

GS-99-0067                    **HALL, Thomas**                  **Exhibit N-82**

**UF: UNIDENTIFIED FEMALE**
**U/I: UNINTELLIGIBLE**
**CS: CONFIDENTIAL SOURCE**
**RM: ROBBIE MILLER**

**THE FOLLOWING CONVERSATION TOOK PLACE ON 08/23/99 BETWEEN A**
**FT. LAUDERDALE CONFIDENTIAL SOURCE AND ROBBIE MILLER AND**
**THE SUBSEQUENT PURCHASE OF EXHIBIT 42.**

CS: IS THAT LIGHT GOING TO CUT OUT, WHAT ABOUT MY HEADPHONE SET
    WHY IS YOU MESS WITH THAT PHONE, YOUNG LADY.

CS: WHERE IS MY CIGARETTE YOU OWE ME MAN?

UF: GO TO HELL, FUCK YOU, U/I.]

CS: YOU GOT A CIGARETTE, U/I, MOTHER FUCKER, I'LL JUMP ON YOU,
THERE AIN'T NO LADY TALK TO ME LIKE THAT, I DON'T LET NO....

UF: U/I.

CS: HUH, U/I, YOU KNOW WHAT I'M SAYING, U/I.

CS: WHAT YOU ALL HAVE TO SAY, HEY, CAN I GET A CIGARETTE, U/I, BUM
A CIGARETTE, WHAT'S WRONG WITH THAT.

UF: YOU SAID, GIVE ME A, U/I.

CS: AH, U/I, GOING TO GIVE ME FOUR, BRING IT OUT.

RM: LET ME SEE MY CHANGE.

CS: FOR REAL? HOLD ON NOW, YOU COME ON UP TO THAT STORE,

UF: U/I.

CS: WHEN, OH, WHEN YOU COME TO THAT STORE, YOU BE, U/I, IT BE
RAINING, YOU BE TALKING ABOUT "B" YOU GOING TO RUN TO THAT
STORE FOR ME, I OWE YOU MONEY LIKE THAT.

CS: I WAS OUT AND GOT WET FOR YOU LADY.

UF: U/I.

CS: HEY, YOU KNOW WHO TO ASK WHEN YOU,

UF: U/I.

CS: U/I.

CS: U/I, STORE.

RM: DO YOU NEED IT

CS: NO.

RM: I'M TALKING ABOUT DO YOU NEED THE BOTTLE.

CS: HOLD ON, U/I.

UF: COME ON.

RM: I'LL BRING IT BACK MA, YOU KNOW WHAT I'M TAKING CARE OF RIGHT NOW. I SAID THAT LAST TIME, BUT THEY HAD ME, SO MAD FOR HOLDING ME UP ALL DAY. U/I.

CS: U/I, ONE TIME.

CS: YEAH, PUT THEM IN THERE.

RM: NEXT TIME, I'LL HAVE ALL THIS READY, MAN, U/I.

CS: U/I.

RM: ALRIGHT.

10

1

GS-99-0067/GCC3L
HALL, Thomas
Exhibit N-83

**TRANSCRIPT OF EXHIBIT N-83 WHICH CONSISTS OF AN UNDERCOVER TELEPHONE CONVERSATION BETWEEN THE CS AND ROBERT MILLER, AKA: "CISCO" ON 8/24/99.**

CS    CONFIDENTIAL SOURCE
RM    ROBERT MILLER

CS    HELLO

RM    I BEEPED YOU ABOUT FOUR TIMES

CS    I KNOW I HAD TO RUN IN THE STORE...SITTING HOME WAITING ON MY LICK. I'M ABOUT A 100....I GOING NEED TO PAY 50 FOR THAT, BECAUSE HE LIKE THAT BUT HE GOT ME ON HOLD

RM    HOW MUCH YOU WANNA SPEND

CS    THE SAME THING

RM    SON OF A BITCH, I GOT IT NOW.....I FITTING TO COUNT IT RIGHT NOW...1,2,3,

CS    I'M COOK AS LONG AS YOU GO OVER 30 BUT GO AHEAD AND COUNT THEM

RM    7,8,9,13,14,15,16,17,18,19,20,21,22,26,27,28.

CS    28, I'LL HIT YOU RIGHT BACK, ALRIGHT THEN

# FORT LAUDERDALE POLICE DEPARTMENT
## OFFENSE INCIDENT REPORT
B056

| Reported: Day | Date 1-7-97 | Time (mil) 2015 | Related Report Number(s) |
|---|---|---|---|

| Incident Type | Incident: Day | Date | Time (mil) | Day | Date | Time (mil) |
|---|---|---|---|---|---|---|
| 01 Felony 3 Misdemeanor 5 Ordinance 7 Other / 2 Traffic Felony 4 Traffic Misdemeanor 9 Other | | From | | To | | |

| Type | Description | | Special ENF |
|---|---|---|---|
| | NARcotic Complaint | A-Attempted C-Committed  C | |

Hate Crime  Y☐ N☑   Crime Against Elderly  Y☐ N☑   Gang Related  Y☐ N☑

| Incident Location (Street, Apt. Number) 500 NE 75T | City Ft Laud | Zip | Zone 203 |
|---|---|---|---|

| Business Name/Area Identifier Sunset Arms Apts | Called In ☐ YES ☑ NO By | CCN | Forced Entry 0 N/A 2 No  O | Occupancy 0 N/A 2 Unoccupied 3 Abandoned  O |
|---|---|---|---|---|

Location Type: 25

| # Offense 01 | # Victims 01 | # Offenders 01 | # Prem. Ent. 00 | # Veh. Stolen 00 |
|---|---|---|---|---|

V/W Code S-Victim   V-Type 3   Name (Last, First, Middle) VERA Ramon   ( 305 ) 652 8234

Address (Street, Apt. Number) 500 NE 75T   Ft Laud Fl

| Race B | Sex M | Date of Birth or Age 7-18-73 | Height 6-2 | Weight 175 | Eye Color Ban | Hair Color Blk | Other |
|---|---|---|---|---|---|---|---|

| Suspect Code S-Suspect E-Escapee A-Arrestee Z-Other | Code A | # 1 | Name (Last, First, Middle) Miller Bobbie Rachel |
|---|---|---|---|---|

Place of Birth Ft Laud
Last Known Address SFPLUSPD
Social Security Number 258 24 9210

Clothing (Describe)

| Race B | Sex M | Date of Birth or Age 7-18-73 | Height 6-2 | Weight 175 | Eye Color Ban | Hair Color Blk | Other |
|---|---|---|---|---|---|---|---|

| ─[s] Reporting Kenny Wischen | I.D. Number(s) 912 1019 W32 W37 | Unit | Date 1-7-97 |
|---|---|---|---|

| Status CBA | Clearance Type | A-Adult A J-Juvenile | Date Cleared 8 10 799 | Arrest Number 97-28 |
|---|---|---|---|---|

12

O.R. # 97-406

| | Suspect Code S-Suspect E-Escapee A-Arrestee Z-Other | | Code | # | Juvenile | Name (Last, First, Middle) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SUSPECT** | Maiden Name | | | | Nickname/Street Name | | | Place of Birth | | | Residence Phone ( ) | |
| | Last Known Address (Street, Apt Number) | | | | | | City | State | Zip | | Business Phone ( ) | |
| | Occupation | | | Employer/School | | | Address | | | | Social Security Number | |
| | Driver's License State/Number | | | Immigration and Naturalization Number | | Other I.D. Number | | FL/OBTS Number (Arrested) | | FCIC/NCIC | | |
| | Clothing (Describe) | | | | | | | Scars/Marks/Tattoos (Location/Describe) | | | | |
| | Race | Sex | Date of Birth or Age | | Height | | Weight | | Eye Color | | Hair Color | Other |

| | Activity P-Possess S-Sell B-Buy T-Traffic R-Smuggle | D-Deliver E-Use K-Dispense/Distribute M-Manufacture/Produce/ Cultivate | | Z-Other | Type A-Amphetamine B-Barbituate C-Cocaine E-Heroin H-Hallucinogen | M-Marijuana O-Opium/Derivative P-Paraphernalia/ Equipment S-Synthetic | U-Unknown Z-Other | Unit 1 Gram 2 Milgram 3 Kilogram 4 Ounce 5 Pound | 6 Ton 7 Liter 8 Mikiiter 9 Dose Unit/Item |
|---|---|---|---|---|---|---|---|---|---|

| | Activity | Type | Description | Quantity | Unit | Estimated Street Value |
|---|---|---|---|---|---|---|
| **DRUGS** | | C | # Cocaine Rocks | | | $ |
| | | M | 1 Baggie Marijuana | | | $ |
| | Activity | Type | Description | Quantity | Unit | Estimated Street Value $ |

**NARRATIVE**

Refer To Supp Form For

**NARRATIVE/CONTINUATION**

| PROPERTY | ☐ NONE INVOLVED | ☐ STOLEN-LOST | ☒ EVIDENCE RECEIPT | ☐ TO BE FORWARDE |
|---|---|---|---|---|

OFFICER AFFIDAVIT: SWORN AND SUBSCRIBED BEFORE ME THIS ___7___ DAY OF __Jan__ 19 9-

TITLE __Sgt__    PRINT NAME __M. Olguen__    CCN __680__

SIGNATURE __mo__

AFFIDAVIT OF COMPLAINT: I hereby swear that the above described acts were committed without my permission against my will, as reported by me, by person or persons unknown/known to me as _____ and further

that I DO _____ DO NOT _____ desire to prosecute.

Sworn and subscribed by me this _____    Victims Signature _____

day of _____ 19 _____    Victims Signature _____

FORM Z-496 Rev 12/91

**RT LAUDERDALE POLICE DEPARTMENT**
## SUPPLEMENT PAGE 1

| | | |
|---|---|---|
| 1 Offense | 2 | Juvenile ☑ | 1 Original |
| 2 Arrest | | | 2 Supplement |

O.R.# 97 - 4061

**Date Reported** 01 07 97     **Case Title** Narcotic Complaint     **Related Report Numbers**

**Reported: Day** | **Date** | **Time (mil)**

**Incident Type:** 1 Felony 2 Traffic Felony 3 Misdemeanor 4 Traffic 5 Ordinance 9 Other

## OFFENSE CHANGED TO     ☐ N/A

| OFFENSE #1 | Type | Title | A-Attempted C-Committed | Statute Violation Number | Municipal Ordinance |
|---|---|---|---|---|---|
| OFFENSE #2 | Type | Title | A-Attempted C-Committed | Statute Violation Number | Municipal Ordinance |

**Incident Location (Street, Apt. Number)** 500 NE 1 ST     **City** Laud     **Zip** | **Rept. Area** | **Zone** 203

While working uniform patrol these officers observed the
Def standing in the parking lot of the Silent Arms Apt's
at 500 NE 1st. The owner of the listed property - Ramon
Vena has complained about the drug + prostitution
activity going on in front of the apartment building
and has signed a "NO Trespass" Affidavit which is on file
with the Police Dept.
There are "NO Trespass" signs visibly posted around the
property. The Def has been previously warned not to
be on the property. The Def was arrested for
Trespass After Warning.
After transporting the Def to the City Jail this
officer checked the backseat area where the Def had
been sitting. This officer found several cocaine rocks
on the floorboard which the Def tried to destroy by
crushing on the floor with the shoe. This officer
also found a green suppository vile inside the seat along
with several more cocaine rocks and a sandwich
bag with one small baggie of marijuana in it.
Note - the backseat of the patrol unit was
searched prior to the beginning of our shift and after
each arrest and no drugs were found. The cocaine
and marijuana was valtoxed positive by this Officer
and was placed into evidence. The Def was additionally
charged with the listed offenses (1) Possession Cocaine
(2) Poss Drug Paraphernalia (3) Tampering with evidence. The
Def had a total of $65.00 on his person and was placed
into evidence.

**Report Contains** | **Related Report Number(s)**

**Officer(s) Reporting** Ptl Gannuy / Wischer     **I.D. Number(s)** 972/1014     **Unit** W3dw32     **Date** 1-7-97

**Officer Reviewing (if applicable)** MU     **I.D. Number** | **Router To** | **Referred To** | **Assigned To** | **By** | **Date**

| Case Status | Clearance Type 1 Arrest 2 Exceptional 3 Unfounded | A-Adult J-Juvenile | Date Cleared | Arrest Number | Number Arrested |
|---|---|---|---|---|---|
| Exception Type 1 Extradition Declined | 2 Arrest on Primary Offense Secondary Offense Without Prosecution | 3 Death of Offender 4 V/W Refused to Cooperate | 5 Prosecution Declined 6 Juvenile No Custody | | OBTS Number: | 14 |

FORM Z-248A  Rev 6/88

17th Judicial Circuit in and for Broward County

**CLOCK IN**

DIVISION:
**CRIMINAL**

**JUDGEMENT**    DIV: ____FB

98-145361    IM032
03-13-98    09:45AM

THE STATE OF FLORIDA VS:

Robbie Miller

| PLAINTIFF | DEFENDANT |

**CASE NUMBER**

92-391CF10

[ ] PROBATION VIOLATOR    STATE ATTORNEY ___Ari Porth___
( Check if Applicable )    COURT REPORTER ___Brooke Stuart___

The Defendant, ___Robbie Miller___ being personally before this Court represented
by: ___Kern Klein___ , his attorney of record, and having:
(Check Applicable Provision)    [ ] Been tried and found guilty of the following crime(s).
    [✓] Entered a plea of guilty to the following crime(s).
    [ ] Entered a plea of nolo contendere to the following crime(s).

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE OF CRIME | ADD'L MONIES IMPOSED |
|---|---|---|---|---|
| I | Possession of Cocaine | 893.03284 | 3F | |
| II | Possession of Cannabis | 893.1316 | misd | |
| III | Trespassing | 810.09 | misd | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

and no cause having been shown why the Defendant should not be adjudicated guilty, IT IS ORDERED THAT the Defendant is hereby ADJUDICATED GUILTY of
the above crime(s)
    The Defendant is hereby ordered to pay the sum of Fifty Dollars ($50.00)pursuant to F.S. 960.20 (Crimes Comp. Trust Fund). The defendant is further ordered to pay
the sum of Five Dollars ($5.00) as court costs pursuant to F.S. 943.25(4).

(Check if Applicable)    [ ] The Defendant is further ordered to pay a fine in the sum of $_____ pursuant to F.S. 775.0835.
    (This provision refers to the optional fine for the Crimes Compensation Trust Fund, and is not applicable unless checked and
    completed. Fines imposed as part of a sentence pursuant to F.S. 775.083 are to be recorded on the Sentence page(s).

    [ ] The Court hereby imposed additional court costs in the sum of $_____

Imposition of Sentence    [ ] The Court hereby stays and withholds the imposition of sentence as to count(s) _____ and places the Defendant
Stayed and Withheld    on probation for a period of _____
    under the supervision of the Department of Corrections (condition of probation set forth in separate order.)

Sentence Deferred    [ ] The Court hereby defers imposition of sentence until _____
Until Later Date                                                                    (Date)
(Check if Applicable)
    [■] Pay $200.00 Trust Fund pursuant to F.S.27.3455

    The Defendant in Open Court was advised of his right to appeal from this Judgment by filling notice of appeal with the Clerk of Court within thirty days following
the date sentence is imposed or probation is ordered pursuant to this adjudication. The Defendant was also advised of his right to the assistance of counsel in taking said
appeal at the expense of the State, upon showing of indigence.
COUNT(S) I, II : 6    SHOWS BROWARD COUNTY
                        months
JAIL W/CREDIT FOR ____6,6____ DAYS TIMES SERVED
    III 60 days BCJ with credit for 60 days time served.
FORM 1R0FO74  REVISED 10/93                                    PAGE 1 OF 2

BK 27864 PGL 009

15

| DIVISION CRIMINAL FB | [] **ADJUDICATION WITHHELD**<br>[✓] **ADJUDICATED GUILTY** | CASE NUMBER<br><br>97 - 391CF10 |

FINGERPRINTS OF DEFENDANT

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|
| | | | | |

| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
|---|---|---|---|---|
| | | | | |

Fingerprints taken by:

_____Imarino 2772_____ Court Deputy
Name and Title

    DONE AND ORDERED in Open Court at Broward County, Florida this __4__ day of __MARCH__ A.D., 19 __98__. I HEREBY CERTIFY that the above and foregoing fingerprints are the fingerprints of the Defendant _____Robbie  Miller_____ , and that they were placed thereon by said Defendant in my presence in Open Court this date.

_____
JUDGE

RECORDED IN THE OFFICIAL RECORDS BOOK
OF BROWARD COUNTY, FLORIDA
COUNTY ADMINISTRATOR

FORM 180P080
REVISED 9/94

PAGE 2 OF 2

16

                        DH

TION:                                    CONTROL:

LDEA02S0ROBBIE                                MILLER

RIDA CCH RESPONSE--

M/MILLER, ROBBIE?RAC/B.SEX/M.DOB/111373
        ****THIS RECORD CONTAINS JUVENILE ARREST INFORMATION****
UMBER 01   ** FLORIDA CRIMINAL HISTORY **    AS OF 09/09 AT 08:26 PM
3680847 HAI/BLK EYE/BRO RAC/B DLT/06/23/1999   FPC/PO091212081106121109
9662392 HGT/602 WGT/185 SEX/M SKN/    POB/FL  FBI/750793EB4    AFS/IN-2
                LRA/829 NW 10 TERR     CIT/FT LAUD, FL    DOC/
--------------------------------------------------------------------------

    NAM/AKA                    DOB      SSN            MNU          SMT
--------------------------------------------------------------------------

R, ROBBIE              11/13/1973 258249210
R, ROBERT R            11/11/1973 258239210                  SC R HND
R, ROBERT              11/02/1979 151651964                  TAT L ARM
R, ROBBIE RACHEL       11/15/1979                            TAT R ARM
ON, PAUL               10/13/1973
R, PAUL                11/13/1973
R, ROBBIE R
NTINUED --

, LARRY
E-STATE-OFFENDER- IN III



```
                              STATE ID NO.    FBI NO.     DATE REQUESTED
R, ROBBIE                      FL-03680847   750793EB4    09/09/1999
RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE  SKIN  DOC NO.
NTINUED--


      SID  NUMBER:  3680847   PURPOSE CODE:C       PAGE:   2

   B     11/13/1973  6'02''  185    BRO   BLK   FL
GERPRINT CLASS    SOCIAL SECURITY NO.    MISCELLANEOUS NO.     SCR/MRK/TAT
09 12 12 08       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
06 12 11 09
AFIS - 2
UPATION                  ADDRESS                 CITY/STATE
                         829 NW 10 TERR          FT LAUD, FL
```
---
```
                           DOB          SOC                SCR.MRK/TAT
```
---
NT (NUED)-
```
    SID  NUMBER:  3680847   PURPOSE CODE:C       PAGE:   3

LLER, ROBERT R              11/11/1973    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    SC R HND
LER, ROBERT                 11/08/1979    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    TAT L ARM
LER, ROBBIE RACHEL          11/15/1979                   TAT R ARM
KSON, PAUL                  10/13/1973
LER, PAUL                   11/13/1972
LER, ROBBIE R
CE, LARRY
```
---
```
EST-   1   12/18/1992    OBTS NO.-0005011574
RREST AGENCY-FT. LAUDERDALE POLICE DEPARTMENT           (FL0060000)
  AGENCY CASE-ID236487                      OFFENSE DATE-12.18/1992
  CHARGE 001-COCAINE-POSSESS-
             STATUTE/ORDINANCE               LEVEL-FELONY
NTINUED--


    SID  NUMBER:  3680847   PURPOSE CODE:C       PAGE:   4

         -  DISP-TURNED OVER TO ANOTHER AGENCY
                FL0060000
  CHARGE 002-TRESPASSING-
             DISP-TURNED OVER TO ANOTHER AGENCY
                FL0060000
DICIAL-
 AGENCY-17TH CIRCUIT COURT - FT. LAUDERDALE           (FL0060015J)
 CHARGE 001 -COURT SEQ                    COURT NO.-92023508CF10A
   SUPPLEMENTAL ARREST DATA-
             STATUS-                       LEVEL-FELONY    , 3RD DEG
 PROSC DATA-SAME AS ABOVE
             DISP DATE-01/04/1993          DISP-N/A
    COURT DATA-SAME         , COCAINE-POSSESS-
NTINUED--


    SID  NUMBER:  3680847   PURPOSE CODE:C       PAGE:   5

                       POSSESSION OF COCAINE
          STATUTE/ORDINANCE-                LEVEL-FELONY    , 3RD DEG
          DISP DATE-01/19/1993             DISP-GUILTY/CONVICTED
          COUNSEL-PUBLIC     TRIAL-NONE    PLEA-GUILTY
          SENT DATE-08/16/1996
          SUSPENDED SENT-                  CREDITED TIME-      46
       CRT PROVISIONS-PROBATION REVOKED
```

18

ABIDE BY COURT RESTRICTIONS

COURT NO. -92023508CF10A
LEVEL-FELONY      , 3RD DEG

STATUS-
-W/O PROS INVO
DATA-SAME        , COCAINE-POSSESS-

D   NUMBER:  3680847   PURPOSE CODE:C        PAGE:   6

POSSESSION OF COCAINE
         STATUTE/ORDINANCE-                    LEVEL-FELONY      , 3RD DEG
         DISP DATE-01/19/1993                  DISP-GUILTY/CONVICTED
         COUNSEL-            TRIAL-NONE         PLEA-GUILTY
         SENT DATE-08/16/1996
         CONFINEMENT-            -  1Y 6M    , PRISON
         SUSPENDED SENT-                       CREDITED TIME-         46
    CRT PROVISIONS-PROBATION REVOKED
                    ABIDE BY COURT RESTRICTIONS
   SPECIAL SENTENCE PROVISIONS-SENTENCED UNDER SENTENCING GUIDELINES
CHARGE 001 -COURT SEQ                          COURT NO. -92023508CF10A
   SUPPLEMENTAL ARREST DATA-
         STATUS-                               LEVEL-FELONY      , 3RD DEG
CONTINUED--

   SID  NUMBER:  3680847   PURPOSE CODE:C        PAGE:   7

  PROSC DATA-W/O PROS INVO
    COURT DATA-SAME         , COCAINE-POSSESS-
                           POSSESSION OF COCAINE
         STATUTE/ORDINANCE-                    LEVEL-FELONY      , 3RD DEG
         DISP DATE-01/19/1993                  DISP-GUILTY/CONVICTED
         COUNSEL-            TRIAL-NONE         PLEA-GUILTY
         SENT DATE-08/16/1996
         CONFINEMENT-            -  1Y 6M    , PRISON
         SUSPENDED SENT-                       CREDITED TIME-         46
    CRT PROVISIONS-PROBATION REVOKED
                    ABIDE BY COURT RESTRICTIONS
   SPECIAL SENTENCE PROVISIONS-SENTENCED UNDER SENTENCING GUIDELINES
CHARGE 001 -COURT SEQ                          COURT NO. -92023508CF10A
CONTINUED--

   SID  NUMBER:  3680847   PURPOSE CODE:C        PAGE:   8

    SUPPLEMENTAL ARREST DATA-
         STATUS-                               LEVEL-FELONY      , 3RD DEG
  PROSC DATA-W/O PROS INVO
    COURT DATA-SAME         , COCAINE-POSSESS-
                           POSSESSION OF COCAINE
         STATUTE/ORDINANCE-                    LEVEL-FELONY      , 3RD DEG
         DISP DATE-01/19/1993                  DISP-GUILTY/CONVICTED
         COUNSEL-            TRIAL-NONE         PLEA-GUILTY
         SENT DATE-08/16/1996
         CONFINEMENT-            -  1Y 6M    , PRISON
         SUSPENDED SENT-                       CREDITED TIME-       46
    CRT PROVISIONS-PROBATION REVOKED
                    ABIDE BY COURT RESTRICTIONS
CONTINUED--

   SID  NUMBER:  3680847   PURPOSE CODE:C        PAGE:   9

   SPECIAL SENTENCE PROVISIONS-SENTENCED UNDER SENTENCING GUIDELINES
CHARGE 002 -COURT SEQ                          COURT NO. -92023508CF10A
   SUPPLEMENTAL ARREST DATA-
         STATUS-                               LEVEL-MISDEMEANOR, 2ND DEG

DISP DATE-01/04/1993                    DISP-N/A
ADD'L SAME        TRESPASSING
                  TRESPASS STRUCT OR CONVEYANC
     STATUTE/ORDINANCE-FL810-08         LEVEL-MISDEMEANOR, 2ND DEG
     STATUTE DESCRIPTN-TRESPASS STRUCTURE OR CONVEYANCE
     DISP DATE-01/19/1993               DISP-GUILTY/CONVICTED
     COUNSEL-PUBLIC    TRIAL-NONE       PLEA-GUILTY
     SENT DATE-01/19/1993
NTINUED--

     SID NUMBER:  3680847   PURPOSE CODE:C        PAGE:  10

               002        ,92023508CF10A  363
          SUSPENDED SENT-                  CREDITED TIME-       18
          FINE-                            COURT COST-      $5
----------------------------------------------------------------
ST-   2   01/27/1993   OBTS NO.-0004168977
REST AGENCY-SUNRISE POLICE DEPARTMENT                    (FL0062700)
AGENCY CASE-933981                      OFFENSE DATE 01/17/1993
CHARGE 001-BURG VEH
          STATUTE/ORDINANCE FL810-02    LEVEL-FELONY
CHARGE 002 LARC-
          GRAND                              ,ATTEMPT
          STATUTE/ORDINANCE FL812 0.4   LEVEL-FELONY
DICIAL-
NTINUED--

     SID NUMBER:  3680847   PURPOSE CODE:C        PAGE:  11

AGENCY-STATE ATTORNEY BRANCH OFFICE - POMPANO BEACH      (FL006015A)
CHARGE 001 -COURT SEQ                  COURT NO.-93001538CF10A
   SUPPLEMENTAL ARREST DATA-
          STATUS-                       LEVEL-FELONY    , 3RD DEG
PROSC DATA-SAME AS ABOVE
          DISP DATE-02/17/1993          DISP-DROPPED/ABANDONED
          COUNSEL-OTHER    TRIAL-       PLEA-
CHARGE 002 -COURT SEQ                  COURT NO.-93001538CF10A
   SUPPLEMENTAL ARREST DATA-
          STATUS-                       LEVEL-FELONY    , 3RD DEG
PROSC DATA-SAME AS ABOVE
          DISP DATE-02/17/1993          DISP-DROPPED/ABANDONED
          COUNSEL-OTHER    TRIAL-       PLEA-
NTINUED--

     SID NUMBER:  3680847   PURPOSE CODE:C        PAGE:  12

----------------------------------------------------------------
ST-   3   03/13/1993   OBTS NO.-0005122333
REST AGENCY-BROWARD COUNTY SHERIFF'S OFFICE              (FL0060000)
AGENCY CASE-XFL9212943                  OFFENSE DATE-
CHARGE 001-VEH THEFT-
          AUTO
          STATUTE/ORDINANCE             LEVEL-FELONY
CHARGE 002-RESIST OFFICER-
          ARR WO VIOL
          STATUTE/ORDINANCE             LEVEL-MISDEMEANOR
CHARGE 003-OBSTR DISGUISED PERSON
DICIAL-
AGENCY-17TH CIRCUIT COURT - FT. LAUDERDALE              (FL006015J)
NTINUED--

     SID NUMBER:  3680847   PURPOSE CODE:C        PAGE:  13

  CHARGE 001 -COURT SEQ                  COURT NO.-93004533CF10A
   SUPPLEMENTAL ARREST DATA-

20

```
                  STATUTE/ORDINANCE-                    LEVEL-FELONY      , 3RD DEG
                  DISP DATE-03/26/1993                  DISP-N/A
        COURT DATA-SAME            , LARC-
                          GRAND THEFT IN THE 3RD DEGREE
                  STATUTE/ORDINANCE-                    LEVEL-FELONY      , 3RD DEG
                  DISP DATE-04/01/1993                  DISP-GUILTY/CONVICTED
                  COUNSEL-PUBLIC      TRIAL-NONE        PLEA-GUILTY
                  SENT DATE-08/16/1996
NTINUED---


     SID  NUMBER:  3680847   PURPOSE CODE:C             PAGE:  14

                  888            ,
                  SUSPENDED SENT-                       CREDITED TIME-        37
        CRT PROVISIONS-  GNNNNNNG8888888888      888888N888888888888
                      PROBATION REVOKED
                    ABIDE BY COURT RESTRICTIONS
CHARGE 001  COURT SEQ                               COURT NO. -93004533CF10A
   SUPPLEMENTAL ARREST DATA
         STATUS-                                LEVEL-FELONY      , 3RD DEG
PROSC DATA W/O PROS INFO
   COURT DATA-AMENDED       , LARC-
                          GRAND THEFT IN THE 3RD DEGREE
                  STATUTE/ORDINANCE-                    LEVEL-FELONY      , 3RD DEG
                  DISP DATE-04/01/1993                  DISP-GUILTY/CONVICTED
NTINUED--


     SID  NUMBER:  3680847   PURPOSE CODE:C             PAGE:  15

                  COUNSEL-          TRIAL-NONE        PLEA-GUILTY
                  SENT DATE-08/16/1996
                  888            ,
                  SUSPENDED SENT-                       CREDITED TIME-        37
        CRT PROVISIONS-PROBATION REVOKED
                      ABIDE BY COURT RESTRICTIONS
   SPECIAL SENTENCE PROVISIONS-SENTENCED UNDER SENTENCING GUIDELINES
AGENCY-STATE ATTORNEY BRANCH OFFICE - POMPANO BEACH      (FL006015A)
CHARGE 002 -COURT SEQ                               COURT NO. -93004533CF10A
   SUPPLEMENTAL ARREST DATA-
         STATUS-                                LEVEL-MISDEMEANOR, 1ST DEG
PROSC DATA-SAME AS ABOVE
         DISP DATE-03/26/1993                  DISP-DROPPED/ABANDONED
NTINUED---


     SID  NUMBER:  3680847   PURPOSE CODE:C             PAGE:  16

                  COUNSEL-PUBLIC     TRIAL-         PLEA-
   SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE


CHARGE 002 -COURT SEQ                               COURT NO. -93004533CF10A
   SUPPLEMENTAL ARREST DATA-
         STATUS-                                LEVEL-MISDEMEANOR, 1ST DEG
PROSC DATA-SAME AS ABOVE
         DISP DATE-03/26/1993                  DISP-DROPPED/ABANDONED
         COUNSEL-PUBLIC     TRIAL-         PLEA-
   SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE

AGENCY-17TH CIRCUIT COURT - FT. LAUDERDALE               (FL006015J)
CHARGE 003 -COURT SEQ                               COURT NO. -93004533CF10A
NTINUED--


     SID  NUMBER:  3680847   PURPOSE CODE:C             PAGE:  17
```

2 (

```
                                            LEVEL  GUILTY    , 3RD DEG
       DATA-SAME          GRAND THEFT IN THE 3RD DEGREE
       STATUTE/ORDINANCE-                    LEVEL-FELONY    , 3RD DEG
       DISP DATE-04/01/1993                  DISP-GUILTY/CONVICTED
       COUNSEL-           TRIAL-NONE         PLEA-GUILTY
       SENT DATE-08/16/1996
                  888            ,
       SUSPENDED SENT-                       CREDITED TIME-         37
    CRT PROVISIONS-PROBATION REVOKED
              ABIDE BY COURT RESTRICTIONS
  SPECIAL SENTENCE PROVISIONS-SENTENCED UNDER SENTENCING GUIDELINES
NTINUED--
```

```
    SID  NUMBER: 3680847   PURPOSE CODE:C         PAGE:  18

  CHARGE 004 -COURT SEQ                         COURT NO. -9300599-CF19A
    SUPPLEMENTAL ARREST DATA-
            STATUS-ADDED CHARGE               LEVEL-
PROLE DATA-             LARC-
                      GRAND THEFT IN THE 3RD DEGREE
            STATUTE/ORDINANCE                 LEVEL-FELONY    , 3RD DEG
            DISP DATE-04/10/1993              DISP-N/A
    COURT DATA-LARC-
                      GRAND THEFT IN THE 3RD DEGREE
            STATUTE/ORDINANCE-               LEVEL-FELONY    , 3RD DEG
            DISP DATE-05/06/1993             DISP-GUILTY/CONVICTED
            COUNSEL-PUBLIC     TRIAL-NONE    PLEA-GUILTY
            SENT DATE-08/16/1996
NTINUED--
```

```
    SID  NUMBER: 3680847   PURPOSE CODE:C         PAGE:  19

                888            ,
            SUSPENDED SENT-                     CREDITED TIME-        54
        CRT PROVISIONS-  GNNNNNN88888888888    88888N888888888888
                   PROBATION REVOKED
                   ABIDE BY COURT RESTRICTIONS
    SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE
```

```
ST-   4   11/24/1993   OBTS NO.-0006291027
REST AGENCY-BROWARD COUNTY SHERIFF'S OFFICE                (FL0060000)
AGENCY CASE-XFL9212943                      OFFENSE DATE-
CHARGE 001-PROB VIOLATION-
          REF POSS COCAINE
NTINUED--
```

```
    SID  NUMBER: 3680847   PURPOSE CODE:C         PAGE:  20

  CHARGE 002-PROB VIOLATION-
          REF GRAND THEFT 2 CTS
CHARGE 003-PROB VIOLATION-
          REF OBST BY DISGUISE
```

```
ST-   5   03/07/1995   OBTS NO.-0005917272
REST AGENCY-FT. LAUDERDALE POLICE DEPARTMENT               (FL0060300)
AGENCY CASE-ID236487                        OFFENSE DATE-
CHARGE 001-POSSESS STOLEN PROP-
          DISP-TURNED OVER TO ANOTHER AGENCY
               FL0060000
```

```
EST-  6   01/07/1997   OBTS NO.-0009505855
NTINUED--
```

22

LAUDERDALE POLICE DEPARTMENT                    OFFENSE ... 01/07/1997
    -238487
    -TRESPASSING-
        DISP-TURNED OVER TO ANOTHER AGENCY
            FL0060000
    002-COCAINE-POSSESS-
        STATUTE/ORDINANCE                        LEVEL-FELONY
        DISP-TURNED OVER TO ANOTHER AGENCY
            FL0060000
ARGE 003-MARIJUANA-POSSESS-
        DISP-TURNED OVER TO ANOTHER AGENCY
            FL0060000
ARGE 004-EVIDENCE-DESTROYING-
 INUED--

    SID  NUMBER:  3680847   PURPOSE CODE:C         PAGE:  22

        TAMEER W

ENCY-17TH CIRCUIT COURT - FT. LAUDERDALE                    FL000...
ARGE 001 -COURT SEQ                              COURT NO.- 97000391...
 SUPPLEMENTAL ARREST DATA-
        STATUS-                                  LEVEL-MISDEMEANOR, 1ST DEG
OSC DATA-                TRESPASSING-
                         TRESPASS OTH STRUCT CONVE
        STATUTE/ORDINANCE-FL810-09           LEVEL-MISDEMEANOR, 1ST DEG
        STATUTE DESCRIPTN-TRESPASS FAIL LEAVE PROP
        DISP DATE-01/27/1997                 DISP-N/A
 COURT DATA-TRESPASSING-
                         TRESPASS OTH STRUCT CONVE
 INUED--

    SID  NUMBER:  3680847   PURPOSE CODE:C         PAGE:  23

        STATUTE/ORDINANCE-FL810-09           LEVEL-MISDEMEANOR, 1ST DEG
        STATUTE DESCRIPTN-TRESPASS FAIL LEAVE PROP
        DISP DATE-03/04/1998                 DISP-GUILTY/CONVICTED
        COUNSEL-PUBLIC      TRIAL-NONE        PLEA-GUILTY
        SENT DATE-03/04/1998
        SUSPENDED SENT-                      CREDITED TIME-      66
 SPECIAL SENTENCE PROVISIONS-SENTENCED UNDER SENTENCING GUIDELINES
ARGE 002 -COURT SEQ                          COURT NO.-97000391CF10A
 SUPPLEMENTAL ARREST DATA-
        STATUS-                              LEVEL-FELONY      , 3RD DEG
OSC DATA-                COCAINE-POSSESS-
                         POSSESSION OF COCAINE
        STATUTE/ORDINANCE-                   LEVEL-FELONY      , 3RD DEG
 INUED--

    SID  NUMBER:  3680847   PURPOSE CODE:C         PAGE:  24

        DISP DATE-01/27/1997                 DISP-N/A
 COURT DATA-COCAINE-POSSESS-
                         POSSESSION OF COCAINE
        STATUTE/ORDINANCE-                   LEVEL-FELONY      , 3RD DEG
        DISP DATE-03/04/1998                 DISP-GUILTY/CONVICTED
        COUNSEL-PUBLIC      TRIAL-NONE        PLEA-GUILTY
        SENT DATE-03/04/1998
        CONFINEMENT-             -    6M  , JAIL
                    001        , 97000391CF10A   363
        SUSPENDED SENT-                      CREDITED TIME-      66
 SPECIAL SENTENCE PROVISIONS-SENTENCED UNDER SENTENCING GUIDELINES
ARGE 003 -COURT SEQ                          COURT NO.-97000391CF10A
 SUPPLEMENTAL ARREST DATA-

23

STATUS-                                      LEVEL-MISDEMEANOR, 1ST DEG
ATA-                    MARIJUANA-POSSESS-
                        POSSESSION OF CANNABIS
        STATUTE/ORDINANCE-                   LEVEL-MISDEMEANOR, 1ST DEG
        DISP DATE-01/27/1997                 DISP-N/A
COURT DATA-MARIJUANA-POSSESS-
                        POSSESSION OF CANNABIS
        STATUTE/ORDINANCE-                   LEVEL-MISDEMEANOR, 1ST DEG
        DISP DATE-03/04/1998                 DISP-GUILTY/CONVICTED
        COUNSEL-PUBLIC      TRIAL-NONE       PLEA-GUILTY
        SENT DATE-03/04/1998
        CONFINEMENT-           -     6M   , JAIL
                    002          , 97000391CF10A   363
TINUED--


    SID NUMBER: 3680847    PURPOSE CODE:C         PAGE: 26

            SUSPENDED SENT-                      CREDITED TIME-
    SPECIAL SENTENCE PROVISIONS-SENTENCED UNDER SENTENCING GUIDELINES
    STATUTE-SAME ATTORNEY PUBLIC UNTIL - COMPARE SEARCH
    CHARGE 004 -COURT SEC-                   COURT NO. -97000391CF10A
    SUPPLEMENTAL ARREST DATA-
            STATUS-                          LEVEL-FELONY    , 3RD DEG
    PROSC DATA-SAME AS ABOVE
            DISP DATE-01/27/1997             DISP-DROPPED/ABANDONED
            STATUTE/ORDINANCE-               LEVEL-FELONY
            COUNSEL-PUBLIC     TRIAL-        PLEA-
    SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE

----------------------------------------------------------------
TINUED--

    SID NUMBER: 3680847    PURPOSE CODE:C         PAGE: 27

**************************** JUVENILE ****************************
T-   7   03/09/1997   OBTS NO.-0009492590
REST AGENCY-FT. LAUDERDALE POLICE DEPARTMENT          (FL0060300)
GENCY CASE-JUVIDJ51243               OFFENSE DATE-03/09/1997
HARGE 001-AGGRAV ASSLT-
        STATUTE/ORDINANCE                   LEVEL-FELONY
HARGE 002-RESIST OFFICER-
        ARR W VIOL
        STATUTE/ORDINANCE                   LEVEL-FELONY
----------------------------------------------------------------
T-   8   12/25/1997   OBTS NO.-0011311331
REST AGENCY-FT. LAUDERDALE POLICE DEPARTMENT          (FL0060300)
GENCY CASE-266649                   OFFENSE DATE-
TINUED--

    SID NUMBER: 3680847    PURPOSE CODE:C         PAGE: 28

CHARGE 001-AGGRAV ASSLT-POL OFF-
        STATUTE/ORDINANCE                   LEVEL-FELONY
        DISP-TURNED OVER TO ANOTHER AGENCY
            FL0060000
HARGE 002-FLEE/ELUDE POLICE-
        AGGRAV
        DISP-TURNED OVER TO ANOTHER AGENCY
            FL0060000
HARGE 003-MOVING TRAFFIC VIOL-
        RECK DR
        STATUTE/ORDINANCE                   LEVEL-MISDEMEANOR
        DISP-TURNED OVER TO ANOTHER AGENCY

24

004-HIT AND RUN-
    DISP-TURNED OVER TO ANOTHER AGENCY
        FL0060000
ARGE 005-RESIST OFFICER-
    OBST WO VIOL
    STATUTE/ORDINANCE                        LEVEL-MISDEMEANOR
    DISP-TURNED OVER TO ANOTHER AGENCY
        FL0060000
UDICIAL-
AGENCY-STATE ATTORNEY BRANCH OFFICE - POMPANO BEACH    (FL006015A)
CHARGE 001 -COURT SEQ                       COURT NO. -97025057CF10A
    SUPPLEMENTAL ARREST DATA-
        STATUS-                             LEVEL-FELONY      .2ND DEG
UNTINUED--

    SID NUMBER:    3680847    PURPOSE CODE:C          PAGE:    30

    PROSC DATA-SAME AS ABOVE
        DISP DATE-01/21/1998                DISP-DROPPED/ABANDONED
        COUNSEL-OTHER      TRIAL-           PLEA-
    SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE

CHARGE 001 -COURT SEQ                       COURT NO. -97025057CF10A
    SUPPLEMENTAL ARREST DATA-
        STATUS-                             LEVEL-FELONY      .2ND DEG
    PROSC DATA-SAME AS ABOVE
        DISP DATE-01/21/1998                DISP-DROPPED/ABANDONED
        COUNSEL-OTHER      TRIAL-           PLEA-
    SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE

ONTINUED--

    SID NUMBER:    3680847    PURPOSE CODE:C          PAGE:    31

  AGENCY-BROWARD COUNTY COURT                         (FL006023J)
CHARGE 003 -COURT SEQ                       COURT NO. -98001865MM10A
    SUPPLEMENTAL ARREST DATA-
        STATUS-                             LEVEL-MISDEMEANOR,2ND DEG
  PROSC DATA-          MOVING TRAFFIC VIOL-
                          RECKLESS DRIVING
        STATUTE/ORDINANCE-                  LEVEL-MISDEMEANOR,2ND DEG
        DISP DATE-01/21/1998                DISP-N/A
    COURT DATA-MOVING TRAFFIC VIOL-
                          RECKLESS DRIVING
        STATUTE/ORDINANCE-                  LEVEL-MISDEMEANOR,2ND DEG
        DISP DATE-02/27/1998                DISP-GUILTY/CONVICTED
        COUNSEL-OTHER      TRIAL-NONE       PLEA-NOLO CONTENDRE
ONTINUED--

    SID NUMBER:    3680847    PURPOSE CODE:C          PAGE:    32

            SENT DATE-02/27/1998
  SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE

AGENCY-STATE ATTORNEY BRANCH OFFICE - POMPANO BEACH    (FL006015A)
CHARGE 004 -COURT SEQ                       COURT NO. -97025057CF10A
    SUPPLEMENTAL ARREST DATA-
        STATUS-                             LEVEL-MISDEMEANOR,2ND DEG
  PROSC DATA-SAME AS ABOVE
        DISP DATE-01/21/1998                DISP-DROPPED/ABANDONED
        STATUTE/ORDINANCE-                  LEVEL-FELONY

25

NUMBER: 3680847 PURPOSE CODE:C PAGE: 33

...CY-BROWARD COUNTY COURT (FL006023J)
...GE 005 -COURT SEQ COURT NO.-98001865MM10A
SUPPLEMENTAL ARREST DATA-
STATUS- LEVEL-MISDEMEANOR, 1ST DEG
PROSC DATA- RESIST OFFICER-
RESIST OBSTRUCT W O VIOL
STATUTE/ORDINANCE-FL843-02 LEVEL-MISDEMEANOR, 1ST DEG
STATUTE DESCRIPTN-RESIST OR OBSTRUCT OFFICER WITHOUT VIOLENCE
DISP DATE-01/21/1998 DISP-N/A
COURT DATA-RESIST OFFICER-
RESIST OBSTRUCT W O VIOL
STATUTE/ORDINANCE-FL843-02 LEVEL-MISDEMEANOR, 1ST DEG
STATUTE DESCRIPTN-RESIST OR OBSTRUCT OFFICER WITHOUT VIOLENCE
...NTINUED--

SID NUMBER: 3680847 PURPOSE CODE:C PAGE: 34

DISP DATE-02/27/1998 DISP-GUILTY/CONVICTED
COUNSEL-OTHER TRIAL-NONE PLEA-NOLO CONTENDRE
SENT DATE-02/27/1998
FINE- COURT COST- $17
SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE

AGENCY-STATE ATTORNEY BRANCH OFFICE - POMPANO BEACH (FL006015A)
CHARGE 005 -COURT SEQ COURT NO.-97023057CF10A
SUPPLEMENTAL ARREST DATA-
STATUS- LEVEL-FELONY , 3RD DEG
PROSC DATA-SAME AS ABOVE
DISP DATE-01/21/1998 DISP-DROPPED/ABANDONED
COUNSEL-OTHER TRIAL- PLEA-
...NTINUED--

SID NUMBER: 3680847 PURPOSE CODE:C PAGE: 35

SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE

...GENCY-BROWARD COUNTY COURT (FL006023J)
...HARGE 006 -COURT SEQ COURT NO.-98001865MM10A
SUPPLEMENTAL ARREST DATA-
STATUS-ADDED CHARGE LEVEL-
PROSC DATA- TRAFFIC OFFENSE-
OPERATING W O VALID LICENSE
STATUTE/ORDINANCE- LEVEL-MISDEMEANOR, 2ND DEG
DISP DATE-01/21/1998 DISP-N/A
COURT DATA-TRAFFIC OFFENSE-
OPERATING W O VALID LICENSE
STATUTE/ORDINANCE- LEVEL-MISDEMEANOR, 2ND DEG
...NTINUED--

SID NUMBER: 3680847 PURPOSE CODE:C PAGE: 36

DISP DATE-02/27/1998 DISP-GUILTY/CONVICTED
COUNSEL-OTHER TRIAL-NONE PLEA-NOLO CONTENDRE
SENT DATE-02/27/1998
SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE

26

001-COCAINE-POSSESS
STATUTE/ORDINANCE
DISP-
ARGE 002-MARIJUANA-POSSESS-
TINUED--

        SID. NUMBER:  3680847    PURPOSE CODE:C         PAGE:  37

            DISP-
--------------------------------------------------------------------------------
REST-  10    05/12/1999    OBTS NO.-0011922861
ARREST AGENCY-FT. LAUDERDALE POLICE DEPARTMENT                  (FL0060300)
  AGENCY CASE-ID236487                          OFFENSE DATE-
  CHARGE 001-COCAINE-POSSESS-
            WIT DELV
            STATUTE/ORDINANCE                    LEVEL-FELONY
            DISP-TURNED OVER TO ANOTHER AGENCY
                  FL0060000

IS RECORD CONTAINS FLORIDA INFORMATION ONLY. WHEN EXPLANATION OF A CHARGE OR
DISPOSITION IS NEEDED, COMMUNICATE DIRECTLY WITH THE AGENCY THAT CONTRIBUTED
CONTINUED -

        SID NUMBER:  3680847    PURPOSE CODE:C         PAGE:  38

HE RECORD INFORMATION. THIS RECORD MAY ONLY BE USED FOR CRIMINAL JUSTICE
RPOSES AS DEFINED BY THE CODE OF FEDERAL REGULATIONS.
IS IS A SINGLE-STATE OFFENDER RECORD.
D OF RECORD

END--

27