UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6004-CR-ROETTGER

UNITED STATES OF AMERICA,   :

    Plaintiff,   :

v.   :

ROBBIE MILLER,   :

    Defendant.   :

_____

**STATUS REPORT**

A status conference was held in this cause on January 30, 2001. At that conference, the parties informed the Court as follows:

    1. Discovery was provided at the status conference.

    2. Counsel for the defendant shall have until February 13, 2001, within which to file pretrial motions.

DATED at Fort Lauderdale, Florida, this 1st day of February, 2001.

                                     _Lurana S. Snow_
                                     LURANA S. SNOW
                                     UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Edward Ryan (FTL)
AFPD Darryl Wilcox (FTL)