UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6004-CR-ROETTGER/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBBIE MILLER

    Defendant.
_____/

## DEFENDANT'S MOTION TO REDUCE BOND

The Defendant, ROBBIE MILLER, through undersigned counsel, pursuant to 18 U.S.C. § 3142, moves the Court, to reconsider the order on his bond motion and in support thereof, the defendant states:

1. The defendant, Robbie Miller, is charged by indictment with possession with intent to distribute cocaine base, in violation of 21 U.S.C. § 841(a)(1).

2. On January 16, 2001, the government withdrew their request for pretrial detention. United States Magistrate Judge Luranna Snow ordered bond be set at $100,000.00 personal surety to be co-signed by the defendant's sister, Slyvia Miller-Lomax, and a $25,000.00 ten percent bond.

3. The defendant's family has been unable to raise the $2,500.00 necessary to post the bond.

4. The defendant specifically requests that the bond be reduced to a $10,000.00 ten percent bond

5. The undersigned has contacted Assistant United States Attorney Edward Ryan, and Mr. Ryan has no objection the bond reduction requested by the defendant.

WHEREFORE, the defendant, Robbie Miller, respectfully requests this Court to reduce the bond amount ordered in this cause.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Daryl E. Wilcox
Assistant Federal Public Defender
Florida Bar No. 838845
101 101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 ext. 112
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 2 day of March, 2001 to Edward Ryan, Assistant United States Attorney's Office, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale Florida 33301.

_____
Daryl E. Wilcox

S:\WILCOX\miller\BOND-RED.frm

2