## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | ROBBIE MILLER (J) | CASE NO: | 00-6004-CR-ROETTGER |
| AUSA: | ED RYAN O'Malley | ATTY: | DARYL WILCOX, AFPD pres |
| AGENT: | | VIOL: | |
| PROCEEDING: | BOND MODIFICATION | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |

BOND SET @: 10,000 10%
            100,000 PSB

To be cosigned by:

FILED by D.C.
MAR - 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

deft to reside w/ Tyrone Williams
2215 NW 9th St #5
FTL 33311
(954) 327-0317
All other conditions
remain the same.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 3/9/01   TIME: 11 00   FTL/LSS TAPE # 01 - 014   Begin: 2588   End: 2811 / 13

