UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6004-CR-ROETTGER/Snow

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ROBBIE MILLER,

        Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL

The Defendant, ROBBIE MILLER, through undersigned counsel respectfully moves to continue the trial of this matter for a period of at least thirty (30) days, from the currently scheduled trial date of April 9, 2001, and in support thereof, the defendant states:

1. Mr. Miller is charged by indictment with a single count of possession with intent to distribute at least five grams of cocaine base, in violation of 21 U.S.C. § 841(a)(1).

2. The trial of this case is scheduled for the two week period commencing Monday, April 9, 2001.

3. The undersigned anticipates that Mr. Miller will enter a plea of guilty. However, due to the sensitive nature of the proposed terms, the government and the defendant need more time to finalize the plea agreement.

4. The undersigned has contacted Assistant United States Attorney Edward Ryan, the prosecutor handling this matter for the government and Mr. Ryan has no objection to the relief sought by this motion.

WHEREFORE, the defendant, Robbie Miller, respectfully requests that the trial in this cause be continued for a period of at least thirty (30) days.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Daryl E. Wilcox
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 571962
101 N.E. Third Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing instrument was mailed this 26th day of March, 2001 to Edward Ryan, Assistant United States Attorney, 500 E. Broward Boulevard, 7th Floor, Fort Lauderdale, Florida, 33301.

_____
Daryl E. Wilcox