UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6004-CR-ROETTGER/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBBIE MILLER,

    Defendant.

_____/

## DEFENDANT'S MOTION TO MODIFY CONDITIONS OF BOND

The Defendant, ROBBIE MILLER, through undersigned counsel, pursuant to 18 U.S.C. § 3142, moves the Court, to modify the conditions of his bond and in support thereof, the defendant states:

1. The defendant, Robbie Miller, is charged by indictment with possession with intent to distribute cocaine base, in violation of 21 U.S.C. § 841(a)(1).

2. On March 9, 2001, Mr. Miller was released on a $100,000.00 dollar personal surety bond and a $10,000.00 ten percent bond. One condition of the bond was that Mr. Miller reside with his cousin, Tyrone Williams, at 2215 N.W. 9th Street, Apartment 5, Fort Lauderdale, Florida. Another condition of the bond imposed a curfew which required Mr. Miller to remain at the residence from 9:00 p.m. to 6:00 a.m.

3. Mr. Miller advises that because of personal conflicts he can no longer reside with his cousin. Mr. Miller requests that the conditions of his bond be modified to allow him to reside at

4380-N.W. 36th Street, Bldg. C, Apartment 212, Lauderdale Lakes, Florida with stepmother, Annette Tilghman.

4.  In addition, Mr. Miller is requesting that the Court delete the condition which requires Mr. Miller to seek or maintain full-time employment. Mr. Miller is disabled and receives a monthly disability check from Social Security, therefore, he is unable to seek or maintain full time employment.

5.  The undersigned has contacted Assistant United States Attorney Edward Ryan, and Mr. Ryan has no objections to the modifications of the bond conditions requested by the defendant.

WHEREFORE, the defendant, Robbie Miller, respectfully requests this Court to modify the conditions of bond by allowing Mr. Miller to change his residence and deleting the requirement that he seek and maintain full-time employment

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Daryl E. Wilcox
Assistant Federal Public Defender
Florida Bar No. 838845
1 East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436 ext. 112
(954) 356-7556 (fax)

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 3rd day of April, 2001 to Edward Ryan, Assistant United States Attorney's Office, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale Florida 33301; and Carol Sirotto, Pretrial Services Officer, 299 East Broward Boulevard, Fort Lauderdale Florida.

Daryl E. Wilcox

S:\WILCOX\miller\bond modification.final.wpd