UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6004-CR-ROETTGER/SNOW

UNITED STATES OF AMERICA,   :

    Plaintiff,   :

v.   :

ROBBIE MILLER,   :

    Defendant.   :

_____

**O R D E R**

THIS CAUSE is before the Court on the defendant's Motion to Modify Conditions of Bond (DE 31), which was referred to United States Magistrate Judge, Lurana S. Snow. Therefore, it is hereby

ORDERED AND ADJUDGED that the motion is DENIED as moot.

DONE AND ORDERED at Fort Lauderdale, Florida, this 13th day of April, 2001.

                                              _____
                                              LURANA S. SNOW
                                              UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Ed Ryan (FTL)
AFPD Darryl Wilcox (FTL)
PTSO Carol Sirotto (FTL)

