```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO: 00-6004-CR-ROETTGER
UNITED STATES OF AMERICA
```



v

ROBBIE MILLER

<u>NOTICE</u>

_____/

TAKE NOTICE That a proceeding in this case has been set for <u>MONDAY JUNE 4, 2001 at 10:30 A.M.</u> at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:

    CALENDAR CALL FOR TRIAL PERIOD BEGINNING TUESDAY JUNE 5, 2001. COUNSEL TO NOTIFY THE COURT IF A DEFENDANT IS TO ENTER A PLEA.

                           CLARENCE MADDOX, CLERK

DATED: 5/10/01

                BY: _P. Hart_____

                      Deputy Clerk