UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBBIE MILLER,

Defendant. /

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 00-6004-CR-ROETTGER

**ORDER ON DEFENDANT'S MOTION FOR CONTINUANCE**

FILED by ______ D.C.
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**THIS CAUSE** is before the Court on motion by the Defendant to continue trial presently set for Monday, June 4, 2001. Upon consideration of the motion and the record in this cause, it is

**ORDERED AND ADJUDGED** that the motion by the Defendant to continue trial is hereby **DENIED.**

**DONE AND ORDERED** this 24 day of May, 2001.

NORMAN C. ROETTGER
**UNITED STATES DISTRICT COURT JUDGE**

cc: counsel of record

