HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

FILED by ____ D.C.
JUN 4 - 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## COURT MINUTES

Case No.: 00-6004-CK    Date: 6/4/01
Courtroom Clerk: P. Hart    Court Reporter: Beemes
Probation Officer: _____    Interpreter: _____

Plaintiff(s): U.S.A.    Counsel: Byan

Defendant(s): B. Miller (B)    Counsel: D. Wilcox

Reason For Hearing: Plea

Result of Hearing/Judgment: △ plead c adj as guilty, PSI ordered. Sent. set Aug 10, 2001 at 2:00 p.m. Bond cont'd til sent.

Misc.: _____