ERR:hkp

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-6004-CR-ROETTGER**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **ROBBIE MILLER,** | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |



## MOTION TO CONTINUE SENTENCING

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully moves this Court to continue the sentencing in the above-captioned case. In support, the undersigned states that he will be away on a family vacation from August 3, 2001 until August 19, 2001. Moreover, the undersigned intends to file a Motion for Reduction of Sentence pursuant to Section 5K1.1 of the Sentencing Guidelines. It will be necessary for the undersigned to inform the Court of the circumstances of the defendant's assistance. The Undersigned is the only Assistant United States Attorney familiar with both the facts of the instant case and the defendant's cooperation. Consequently, it is necessary for the undersigned to be present.



Counsel for the defendant does not object to this requested.

> Respectfully submitted,
>
> GUY A. LEWIS
> UNITED STATES ATTORNEY
>
> By: _____
>
> EDWARD R. RYAN (Court #A5500053)
> ASSISTANT UNITED STATES ATTORNEY
> 500 East Broward Boulevard, Suite 700
> Fort Lauderdale, Florida 33394-3002
> Telephone: (954) 356-7255X3514
> Facsimile: (954) 356-7228
> E-Mail: Edward.Ryan@justice.usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed this 31st day of July, 2001, to:

Darryl Wilcox, AFPD
1 East Broward Boulevard, Suite 1100
Fort Lauderdale, FL 33301

_____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY