FILED by _____ D.C.

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6004-CR-ROETTGER

UNITED STATES OF AMERICA

v

ROBBIE MILLER

<u>NOTICE</u>

_____/

TAKE NOTICE That a proceeding in this case has been set for <u>FRIDAY SEPTEMBER 21, 2001 at 11:30 A.M.</u> at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:

    SENTENCING

CLARENCE MADDOX, CLERK

DATED: 9/07/01

BY: _P. Hart_____

Deputy Clerk