UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6004-CR-ROETTGER**

UNITED STATES OF AMERICA )
)
)
v. )
)
)
ROBBIE MILLER, )
        Defendant. )
_____ )

**GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE**
**PURSUANT TO SECTION 5K1.1**

The United States of America, by and through undersigned counsel, hereby moves this Court pursuant to Title 18, United States Code, Section 3553(e) and 5K1.1 of the Sentencing Guidelines to depart downward from the guidelines sentence, as calculated by the U. S. Probation Office, at the time of sentencing for defendant Robbie Miller and, in support thereof, states as follows:

    1. In the judgment of the United States, defendant Robbie Miller has provided substantial assistance in the investigation and prosecution of other persons who have committed offenses against the United States.

    2. Defendant Robbie Miller has made a full and complete disclosure to the U. S. Probation Office of the circumstances surrounding his commission of the offense.



3. The defendant has cooperated fully with the Office of the United States Attorney for the Southern District of Florida and the Drug Enforcement Agency.

4. The United States will advise the Court at the time of sentencing as to the nature and extent of the defendant's cooperation while taking into consideration the nature and extent of his involvement in the offense.

WHEREFORE, the United States respectfully requests that the above named defendant's cooperation warrants a departure downward by the Court at the time of sentencing.

                                                Respectfully submitted,

                                                GUY A. LEWIS
                                                UNITED STATES ATTORNEY

By: _____
        EDWARD R. RYAN
        ASSISTANT UNITED STATES ATTORNEY
        Court Number A5500053
        8245 N.W. 53rd Street
        Miami, Florida 33166
        Telephone (305) 597-2088
        Facsimile (305) 597-2020

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this __19__ day of September, 2001, to: Darryl Wilcox, AFPD 1 E. Broward Blvd., Suite 1100, Ft. Lauderdale, FL 33301.

By: _____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY

3