FILED by ______ D.C.
OCT 2 [illegible]
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**HONORABLE NORMAN C. ROETTGER**
United States District Court
Southern District of Florida

COURT MINUTES

Case No.: 00-6004-CR-NCR Date: 10/19/01
Courtroom Clerk: P. Hart Court Reporter: Reeves
Probation Officer: present Interpreter:

Plaintiff(s): U.S.A. Counsel: Ryan

Defendant(s): B. Miller (B) Counsel: D. Wilcox

Reason For Hearing: sentencing

Result of Hearing/Judgment: 68 mos, 5 yrs S.R., assessed $100.00, mental health - contribute to costs of services, no fine imposed. Exec of confinement deferred til Jan 3, 2002 Bcom - South Fl area, search & seizure.

Misc.:

