UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6004-CR-ROETTGER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBBIE MILLER,

    Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Robbie Miller, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and sentence entered on the 14th day of November, 2001.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Daryl E. Wilcox
Assistant Federal Public Defender
Florida Bar No. 838845
One East Broward Blvd. Suite 1100
Ft. Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was served by mail this **19th** day of November, 2001, to Edward Ryan, Assistant United States Attorney, 299 East Broward Blvd, Ft. Lauderdale, Florida 33301.

By: _____
Daryl E. Wilcox