```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF FLORIDA


UNITED STATES OF AMERICA,    )
                             )
        Plaintiff,           )
                             )
vs.                          )
                             )
ROBERT R. MILLER,            )      CASE NUMBER:
                             )      00-6004-CR-NCR
                             )
        Defendant.           )
                             )
```

Transcript of change of plea proceedings before the Honorable Norman C. Roettger, United States District Judge, at Fort Lauderdale, Florida, on the 4th day of June, 2001.

APPEARANCES OF COUNSEL:

   For the United States:       EDWARD RYAN, AUSA
                                              Fort Lauderdale, Florida

   For the Defendant:           DARYL WILCOX, AFPD
                                              Fort Lauderdale, Florida

   Court Reporter:               Jerald J. Reeves, RPR

Proceedings recorded by mechanical stenography.

Transcription produced by computer.

OFFICIAL REPORTER UNITED STATES DISTRICT COURT

# NOT

# SCANNED

PLEASE REFER TO COURT FILE