```
                IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    )
                             )
         Plaintiff,          )
                             )
vs.                          )
                             )
ROBBIE MILLER,               )    CASE NUMBER:
                             )    00-6004-CR-NCR
                             )
         Defendant.          )
                             )
```

Transcript of sentencing proceedings before the Honorable Norman C. Roettger, United States District Judge, at Fort Lauderdale, Florida, on the 19th day of October, 2001.

APPEARANCES OF COUNSEL:

  For the United States:    EDWARD RYAN, AUSA
                                    Fort Lauderdale, Florida

  For the Defendant:       DARYL WILCOX, AFPD
                                    Fort Lauderdale, Florida

  Court Reporter:          Jerald J. Reeves, RPR

Proceedings recorded by mechanical stenography.

Transcription produced by computer.

OFFICIAL REPORTER UNITED STATES DISTRICT COURT

# NOT

# SCANNED

PLEASE REFER TO COURT FILE