**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

CLARENCE MADDOX
Court Administrator/Clerk of Court

```
Clerk's Office - Appeal #01-16633-D      Date: December 20, 2001
U.S. Court of Appeals - Eleventh Circuit  USDC # 00-6004-CR-NCR
56 Forsyth St., N.W.                      USCA # 01-16633-D
Atlanta, Georgia   30303

IN RE: USA v. Miller
```

==================================================================

### Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

```
    1  Volume of Pleadings
    2  Volumes of Transcripts

    X  Exhibits:

       1  PSI (sealed)
```

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____
                    Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
    Signature

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

```
                                                       LSS     CLOSED
                                                       APPEAL
                        U.S. District Court
               Southern District of Florida (FtLauderdale)

           CRIMINAL DOCKET FOR CASE #: 00-CR-6004-ALL
```

USA v. Miller                                          Filed: 01/13/00
Dkt# in other court: None

Case Assigned to:  Judge Norman C. Roettger, Jr.

ROBBIE MILLER (1) , DOB:            Public Defender
11/13/73  PRISONER #29247-018         [term  01/10/01]
ADDRESS 2215 NW 9th St #5 Ft.       FTS 356-7556
Laud., FL 33311                     [COR LD NTC pda]
     defendant                      Daryl Elliott Wilcox
  [term  11/13/01]                    [term  11/13/01]
                                    FTS 356-7556
                                    [COR LD NTC pda]
                                    Federal Public Defender's
                                    Office
                                    1 E Broward Boulevard
                                    Suite 1100
                                    Fort Lauderdale, FL 33301
                                    954-356-7436


Pending Counts:                     Disposition

21:841A=CD.F CONTROLLED SUBST        Imprisonment 68 months;
SELL/DISTR/DISPENSE                  Supervised Relese 60 months;
(1)                                  Assessment $100.00
                                     (1)


Offense Level (opening): 4


Terminated Counts:

   NONE


Complaints:

   NONE



Docket as of December 20, 2001 2:53 pm              Page 1

```
Proceedings include all events.                                          LSS
0:00cr6004-ALL USA v. Miller                                      CLOSED APPEAL

ROBBIE MILLER, DOB: 11/13/73 PRISONER #29247-018 ADDRESS
2215 NW 9th St #5 Ft. Laud., FL 33311
              defendant


==========================

USA

              plaintiff


U. S. Attorneys:

   Edward R. Ryan
   FTS 356-7228
   954-356-7255
   [COR LD NTC]
   United States Attorney's Office
   500 E Broward Boulevard
   7th Floor
   Fort Lauderdale, FL 33394-3002
   954-356-7255

   PTS Officer
   954-769-5600
   [COR LD NTC]
   Pretrial Services Office
   299 E Broward Boulevard
   Suite 301
   Fort Lauderdale, FL 33301
   954-769-5600

   Probation Officer
   FTS 769-5566
   954-769-5500
   [COR LD NTC]
   United States Probation Office
   299 E Broward Boulevard
   Room 409
   Fort Lauderdale, FL 33301-1865
   954-769-5500
```

```
Proceedings include all events.                                      LSS
0:00cr6004-ALL USA v. Miller                                 CLOSED APPEAL
```

| Date | # | Description |
|---|---|---|
| 1/13/00 | 1 | MOTION by USA as to Robbie Miller to seal indictment and warrant until arrest of defendant (pb) [Entry date 01/18/00] |
| 1/13/00 | 2 | ORDER as to Robbie Miller granting [1-1] motion to seal indictment and warrant until arrest of defendant as to Robbie Miller (1) ( Signed by Ch. Magistrate Judge Lurana S. Snow on 1/13/00) CCAP [EOD Date: 1/18/00] CCAP (pb) [Entry date 01/18/00] |

*Beg. vol. 1*

| Date | # | Description |
|---|---|---|
| 1/13/00 | 3 | SEALED INDICTMENT as to Robbie Miller (1) count(s) 1 (Criminal Category 1) (pb) [Entry date 01/18/00] |
| 1/13/00 | 4 | ARREST WARRANT issued as to Robbie Miller . Warrant issued by Ch. Magistrate Judge Lurana S. Snow Pretrial Detention Requested (pb) [Entry date 01/18/00] |
| 1/13/00 | -- | Magistrate identification: Magistrate Judge Lurana S. Snow (pb) [Entry date 01/18/00] |
| 2/22/00 | 5 | MOTION by Robbie Miller to Unseal indictment (mh) [Entry date 02/23/00] |
| 2/22/00 | 6 | ORDER unsealing indictment as to Robbie Miller (Signed by Magistrate Barry S. Seltzer on 2/22/00) CCAP [EOD Date: 2/23/00] CCAP (mh) [Entry date 02/23/00] |
| 5/22/00 | 7 | MOTION by Robbie Miller to dismiss indictment (mh) [Entry date 05/22/00] |
| 7/17/00 | 8 | MOTION by Robbie Miller for dismissal for want of prosecution (ss) [Entry date 07/18/00] |
| 12/8/00 | -- | ARREST of Robbie Miller (lh) [Entry date 12/11/00] |
| 12/11/00 | 9 | Arrest WARRANT Returned Executed as to Robbie Miller on 12/8/00 (lh) [Entry date 12/11/00] |
| 12/18/00 | 10 | Rule 40 Documents as to Robbie Miller received from Jacksonville, FL (pb) [Entry date 12/21/00] |
| 12/18/00 | -- | ARREST of Robbie Miller in Middle Florida (pb) [Entry date 12/21/00] |
| 1/9/01 | 11 | Minutes of Initial Appearance held on 1/9/01 before Magistrate Judge Lurana S. Snow as to Robbie Miller ; Not Guilty: Robbie Miller (1) count(s) 1, Set Detention Hearing for 1/16/01 at 11:00 a.m. before Magistrate Judge Lurana S. Snow, Set status conference for 1/30/01 at 11:00 a.m. before Magistrate Judge Lurana S. Snow Tape #: 01-002 (2358 - 2964); recall 2859 (aj) [Entry date 01/10/01] |

```
Proceedings include all events.                                        LSS
0:00cr6004-ALL USA v. Miller                                  CLOSED APPEAL
```

| Date | # | Description |
|---|---|---|
| 1/9/01 | 12 | ORDER on Initial Appearance as to Robbie Miller for Appointment of Public Defender before Magistrate Judge Lurana S. Snow, , (Signed by Magistrate Judge Lurana S. Snow on 1/9/01) Tape #01-002 CCAP (mh) [Entry date 01/10/01] |
| 1/9/01 | 13 | ARRAIGNMENT INFORMATION SHEET for NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (mh) [Entry date 01/10/01] |
| 1/9/01 | 14 | REPORT Commencing Criminal Action as to Robbie Miller DOB: 11/13/73 Prisoner #29247-018 (mh) [Entry date 01/10/01] |
| 1/10/01 | 15 | STANDING DISCOVERY ORDER as to Robbie Miller all motions concerning matters not covered by this order must be filed within 28 days of this order (Signed by Magistrate Judge Lurana S. Snow on 1/9/01) CCAP (mh) [Entry date 01/10/01] |
| 1/10/01 | 16 | ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS as to Robbie Miller Status conference set for 11:00 on 1/30/01 for Robbie Miller before Magistrate Judge Lurana S. Snow (Signed by Magistrate Judge Lurana S. Snow on 1/9/01) CCAP [EOD Date: 1/10/01] CCAP (mh) [Entry date 01/10/01] |
| 1/10/01 | 17 | NOTICE of Assignment of Assistant Public Defender for Robbie Miller . Terminated attorney Public Defender for Robbie Miller AFPD Daryl Elliott Wilcox assigned. (aj) [Entry date 01/10/01] |
| 1/10/01 | 18 | DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by Robbie Miller (aj) [Entry date 01/10/01] |
| 1/10/01 | 19 | MOTION by Robbie Miller for disclosure of Expert Witness Summaries (aj) [Entry date 01/10/01] |
| 1/16/01 | 20 | Minutes of Pretrial Detention Hearing held on 1/16/01 before Magistrate Judge Lurana S. Snow as to Robbie Miller ; Tape #: 005 (210 - 1050); 1032; Bond set at $100,000.00 Personal Surety; $25,000.00/10% (aj) [Entry date 01/17/01] |
| 1/29/01 | 22 | RESPONSE to Standing Discovery Order by USA as to Robbie Miller (mh) [Entry date 01/31/01] |
| 1/30/01 | 21 | Minutes of status conference held on 1/30/01 before Magistrate Judge Lurana S. Snow as to Robbie Miller; Court Tape #01-008/828-930 (mh) [Entry date 01/31/01] |
| 1/30/01 | -- | Status conference as to Robbie Miller held (mh) [Entry date 01/31/01] |
| 2/1/01 | 23 | STATUS REPORT ORDER as to Robbie Miller. (Signed by Magistrate Judge Lurana S. Snow on 2/1/01) CCAP [EOD Date: 2/5/01] CCAP (mh) [Entry date 02/05/01] |

```
Proceedings include all events.                                        LSS
0:00cr6004-ALL USA v. Miller              vd.1 cont.    CLOSED APPEAL
```

| Date | # | Entry |
|---|---|---|
| 3/2/01 | 24 | MOTION by Robbie Miller to Reduce Bond (mh) [Entry date 03/05/01] |
| 3/9/01 | 25 | Minutes of bond modification hearing held on 3/9/01 before Magistrate Judge Lurana S. Snow as to Robbie Miller; granting [24-1] motion to Reduce Bond as to Robbie Miller (1) Court Tape #014--/2588-2811 (mh) [Entry date 03/12/01] |
| 3/13/01 | 26 | PERSONAL SURETY BOND entered by Robbie Miller in Amount $100,000.00 Approved by Magistrate Judge Lurana S. Snow. Report to PTS as directed; Random urine testing and any treatment deemed necessary; Full-time employment; Curfew from: 9 p.m. to 6 a.m. Additional conditions: Defendant to reside w/Tyrone Williams (ss) [Entry date 03/14/01] |
| 3/13/01 | 27 | CASH BOND entered by Robbie Miller in Amount $10,000.00 Receipt # 521802 Approved by Magistrate Judge Lurana S. Snow. Report to PTS as directed; Random urine testing and any treatment deemed necessary; Full-time employment; Curfew from: 9 p.m. to 6 a.m. Additional conditions: Defendant to reside w/Tyrone Williams (ss) [Entry date 03/14/01] |
| 3/19/01 | 28 | NOTICE of Hearing as to Robbie Miller Set calendar call for 10:00 on 4/9/01 for Robbie Miller before Judge Norman C. Roettger Jr. (mh) [Entry date 03/22/01] |
| 3/26/01 | 29 | UNOPPOSED MOTION by Robbie Miller to continue trial (mh) [Entry date 03/27/01] |
| 3/29/01 | 30 | ORDER as to Robbie Miller granting [29-1] motion to continue trial as to Robbie Miller (1) ( Signed by Judge Norman C. Roettger Jr. on 3/28/01) CCAP [EOD Date: 3/29/01] CCAP※ (mh) [Entry date 03/29/01] |
| 4/3/01 | 31 | MOTION by Robbie Miller to Modify Conditions of Bond (aj) [Entry date 04/04/01] |
| 4/10/01 | 33 | SEALED DOCUMENT as to Robbie Miller (mh) [Entry date 04/18/01] |
| 4/10/01 | 34 | SEALED DOCUMENT as to Robbie Miller (mh) [Entry date 04/18/01] |
| 4/10/01 | 37 | SEALED DOCUMENT as to Robbie Miller (aj) [Entry date 05/01/01] |
| 4/13/01 | 32 | ORDER as to Robbie Miller denying as moot [31-1] motion to modify conditions of bond as to Robbie Miller ·(1) (Signed by Magistrate Judge Lurana S. Snow on 4/13/01) CCAP [EOD Date: 4/17/01] CCAP※ (ss) [Entry date 04/17/01] |
| 4/13/01 | 35 | SEALED DOCUMENT as to Robbie Miller (mh) [Entry date 04/18/01] |

```
Proceedings include all events.                                    LSS
0:00cr6004-ALL USA v. Miller                                CLOSED APPEAL
```

| Date | # | Description |
|---|---|---|
| 4/13/01 | 36 | SEALED DOCUMENT as to Robbie Miller (mh) [Entry date 04/18/01] |

Vol. 1 cont.

| Date | # | Description |
|---|---|---|
| 5/10/01 | 38 | NOTICE of Hearing as to Robbie Miller : set calendar call for 10:30 4/4/01 for Robbie Miller before Judge Norman C. Roettger Jr.; Trial Period beginning Tues., 6/5/01 (aj) [Entry date 05/11/01] |
| 5/23/01 | 40 | SEALED DOCUMENT as to Robbie Miller (aj) [Entry date 06/04/01] |
| 5/24/01 | 39 | ORDER as to Robbie Miller denying [29-1] motion to continue trial (Signed by Judge Norman C. Roettger Jr. on 5/24/01) CCAP [EOD Date: 5/29/01] CCAP (ss) [Entry date 05/29/01] |
| 6/4/01 | 41 | Minutes of change of plea held on 6/4/01 before Judge Norman C. Roettger Jr. as to Robbie Miller; Court Reporter Name: Jerry Reeves (mh) [Entry date 06/05/01] |
| 6/4/01 | -- | PLEA entered by Robbie Miller . Court accepts plea. GUILTY: Robbie Miller (1) count(s) 1 (mh) [Entry date 06/05/01] |
| 6/4/01 | 42 | Plea Agreement as to Robbie Miller (mh) [Entry date 06/05/01] |
| 6/4/01 | 43 | NOTICE of Hearing as to Robbie Miller Setting Sentencing for 2:00 on 8/10/01 for Robbie Miller before Judge Norman C. Roettger Jr. (mh) [Entry date 06/05/01] |
| 7/31/01 | 44 | MOTION by USA as to Robbie Miller to continue sentencing (ss) [Entry date 08/01/01] |
| 9/7/01 | 45 | NOTICE of Hearing as to Robbie Miller : Setting Sentencing for 11:30 9/21/01 for Robbie Miller before Judge Norman C. Roettger Jr. (aj) [Entry date 09/10/01] |
| 9/19/01 | 46 | MOTION by USA as to Robbie Miller for reduction of sentence pursuant to section 5K1.1 (ss) [Entry date 09/20/01] |
| 10/3/01 | 47 | REQUEST by Robbie Miller that Court consider time served in State Prison when imposing sentence (ss) [Entry date 10/04/01] |
| 10/19/01 | -- | Sentencing held Robbie Miller (1) count(s) 1 (ss) [Entry date 11/14/01] |
| 10/22/01 | 48 | Minutes of Sentencing held on 10/19/01 before Judge Norman C. Roettger Jr. as to Robbie Miller; Court Reporter Name or Tape #: Reeves (ss) [Entry date 10/24/01] |

```
Proceedings include all events.                                    LSS
0:00cr6004-ALL USA v. Miller                    Vol. 1(Cont)CLOSED APPEAL
```

| Date | Doc | Description |
|---|---|---|
| 11/13/01 | 49 | JUDGMENT as to Robbie Miller (1) count(s) 1. Imprisonment 68 months; Supervised Relese 60 months; Assessment $100.00; (Signed by Judge Norman C. Roettger Jr. on 11/12/01) [EOD Date: 11/14/01] CCAP (ss) [Entry date 11/14/01] |
| 11/19/01 | 50 | NOTICE OF APPEAL by Robbie Miller re: [49-1] judgment order EOD Date: 11/14/01; Robbie Miller (1) count(s) 1;  Filing Fee: $ NO FEE REQUIRED - FPD Copies to USCA, AUSA, USM, USPO and Counsel of Record. (gf) [Entry date 11/20/01] |
| 11/20/01 | -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Robbie Miller [50-1] appeal (gf) [Entry date 11/20/01] |
| 11/30/01 | 51 | TRANSCRIPT INFORMATION FORM as to Robbie Miller  re: [50-1] appeal  received on 12/3/01 from Court Reporter. (Returned to Court Reporter Coordinator) (gf) [Entry date 12/04/01] |
| 12/3/01 | -- | NOTICE of Receipt of Notice of Appeal Transmittal Letter from USCA  on 12/3/01 as to Robbie Miller  Re: [50-1] appeal  USCA Number: 01-16633-D (dl) [Entry date 12/04/01] |
| 12/6/01 | 52 | TRANSCRIPT filed as to Robbie Miller  of Change of Plea Proceedings held 6/4/01  before Judge Norman C. Roettger, Jr.  Volume #: 1  Pages: 1-14  re: [50-1] appeal . Appeal record due on 12/21/01 for Robbie Miller (gf) [Entry date 12/06/01]  Vol. 2 |
| 12/6/01 | 53 | TRANSCRIPT filed as to Robbie Miller  of Sentencing Proceedings held 10/19/01  before Judge Norman C. Roettger, Jr.  Volume #: 1  Pages: 1-19  re: [50-1] appeal . Appeal record due on 12/21/01 for Robbie Miller (gf) [Entry date 12/06/01]  Vol. 3 |
| 12/20/01 | 54 | Certificate of readiness transmitted to USCA as to Robbie Miller  re: [50-1] appeal  by Robbie Miller  USCA # 01-16633-D (dl) [Entry date 12/20/01]  End. vol. 1 |