USDC FLSD 245B (Rev 3/01) - Judgment in a Criminal Case     Page 2 of 6

DEFENDANT: ROBBIE MILLER
CASE NUMBER: 00-6004-CR-ROETTGER-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **68 Months**.

The Court recommends to the Bureau of Prisons:

    South Florida area

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons **before 2:00 P.M. on January 3, 2002.** as notified by the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant ~~delivered~~ v/s on __1-03-02__ to __BOP FCI Miami__ at __Miami, FL__, with a certified copy of this judgment.

    Ed Gonzalez, Warden
    ~~UNITED STATES MARSHAL~~

By: Tina Nolan, LtE
    ~~Deputy U.S. Marshal~~