|  |  |
|---|---|
| UNITED STATES OF AMERICA, | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA |
| Plaintiff, | Case No.: 00-6004-CR-ROETTGER |
| v. | |
| | **ORDER** |
| ROBBIE MILLER, | |
| Defendant. | |
| _____/ | |

FILED by _____ D.C.

MAR 1

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**THIS CAUSE** is before the Court upon the application by Defendant for a certificate of appealability. Defendant in fact filed a Notice of Appeal on November 19, 2001, which this Court is required to view as an application for a certificate of appealability. <u>Edwards v. United States of America</u>, 114 F.3d 1083, 1084 (11th Cir. 1997). Upon consideration of the application and the record herein, it is

**ORDERED AND ADJUDGED** that Defendant's application for a certificate of appealability is **DENIED**. Defendant has failed to make a "substantial showing of the denial of a constitutional right," as is required under 28 U.S.C. 2253(c)(2).

**DONE AND ORDERED** this /2 day of _____Mar_____, 2002.

_____
NORMAN C. ROETTGER
**UNITED STATES DISTRICT COURT JUDGE**

cc: counsel of record
    Robbie Miller

