Case 0:00-cr-06004-MGC   Document 58   Entered on FLSD Docket 03/21/2002   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                        Case No.: 00-6004-CR-ROETTGER

**ORDER**

ROBBIE MILLER,

    Defendant.
_____/



    **THIS CAUSE** is before the Court **SUA SPONTE**. A review of the record indicates that this Court mistakenly entered an order on March 12, 2002 (Docket Entry #57) denying defendant's motion for a certificate of appealability.

    **IT IS ORDERED AND ADJUDGED** that the Court's order on March 12, 2002 (Docket Entry #57) denying defendant's motion for a certificate of appealability is hereby **VACATED**.

    **DONE AND ORDERED** this 19 day of March, 2002.

_____
NORMAN C. ROETTGER
UNITED STATES DISTRICT COURT JUDGE

cc: counsel of record